AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-242

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

APR 26 2005
(Date forms issued)

(Signature of Party or their Representative)

FRANK JOYCE (PARCELS, INC.)
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action