AO 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MOSHE TAL, On Behalf of Himself and
All Others Similarly Situated,

                Plaintiff,

vs.

XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D., and
THOMAS D. DAVIS,

                Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number: 05-242

TO:    Edward G. Newman
         XYBERNAUT CORPORATION
         c/o The Prentice-Hall Corporation System, Inc.
         2711 Centerville Road, Suite 400
         Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Seth D. Rigrodsky (DSBA #3147)
        Ralph N. Sianni (DSBA #4151)
        Brian D. Long (DSBA # 4347)
        MILBERG WEISS BERSHAD & SCHULMAN LLP
        919 N. Market St., Suite 411
        Wilmington, DE 19801
        Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         APR 26 2005
_____         _____
CLERK                                                     DATE

*Evette Watson*
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action -

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/27/05 |
| NAME OF SERVER (PRINT) Kristen Clark | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served Edward G. Newman of Xybernaut Corp by serving its Registered Agent, The Prentice-Hall Corp System, Inc at 2711 Centerville Rd, Wilm DE 19808 at 4:48pm Person accepting service: Mary Drummond

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/27/05
    Date

Kristen Clark
Signature of Server

Parcels Inc
4 E 7th St
Address of Server
Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.