AO 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MOSHE TAL, On Behalf of Himself and
All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

vs.

Case Number: 0 5 - 2 4 2 -

XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D., and
THOMAS D. DAVIS,

Defendants.

TO:    Thomas D. Davis
       XYBERNAUT CORPORATION
       c/o The Prentice-Hall Corporation System, Inc.
       2711 Centerville Road, Suite 400
       Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Seth D. Rigrodsky (DSBA #3147)**
**Ralph N. Sianni (DSBA #4151)**
**Brian D. Long (DSBA # 4347)**
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
**919 N. Market St., Suite 411**
**Wilmington, DE  19801**
**Telephone:  (302) 984-0597; Facsimile:  (302) 984-0870**

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

APR 26 2005

| CLERK | DATE |
|---|---|

_Euette Walson_

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action -

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4/27/05 |
|---|---|
| NAME OF SERVER (PRINT) KRISTEN CLARK | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): PERSONALLY SERVED Thomas D. Daus of XYBERNAUT CORP BY SERVING its Registered Agent The Prentice-Hall Corp System Inc, At 2711 Centerville Rd, Wilm DE 19808 at 4:48pm. Person Accepting Service: Mary Drummond

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/27/05
_____ Date

Signature of Server: KRISTEN CLARK

PARCELS INC
4 E 7TH St
Address of Server  Wilm DE 19801

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.