IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSHE TAL, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN and THOMAS D. DAVIS,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:05-cv-242 (SLR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

　　　　1.　　Drinker Biddle & Reath, LLP is authorized to accept on behalf of defendant Thomas D. Davis, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Thomas Davis's defenses except as to sufficiency of service of process;

　　　　2.　　The time for Thomas Davis to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of: (a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended complaint, if any, is served upon counsel for Thomas Davis.

Dated: May 31, 2005

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**

By: _/s/_
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597 (Tel)
(302) 984-0870 (Fax)


--and--


**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza – 49th Floor
New York, NY  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

Dated: May 31, 2005

**DRINKER BIDDLE & REATH, LLP**

By: _/s/_
William T. Quillen (#179)
David P. Primack (#4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
(302) 467-4200 (Tel.)
(302) 467-4201 (Fax)

--and—

**DRINKER BIDDLE & REATH, LLP**
Edward M. Posner
Susan M. Kennedy
One Logan Square
18th and Cherry Streets
Philadelphia, PA

*Counsel for Defendant
Thomas D. Davis*

**WEISS & LURIE**
Joseph H. Weiss
551 Fifth Avenue
New York, New York  10176
(212) 682-3025 (Tel)
(212) 682-3010 (Fax)

*Plaintiffs' Counsel*

SO ORDERED.

Dated: _____, 2005        _____

                                                                        United States District Judge