IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated, | : | Civil Action No. 05-0222 (SLR) |
| | : | Class Action |
| Plaintiff, | : | |
| v. | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | : | |
| Defendants. | : | |
| MOSHE TAL, On Behalf Of Himself and All Others Similarly Situated, | : | Civil Action No. 05-0242 (SLR) |
| | : | Class Action |
| Plaintiff, | : | |
| v. | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | : | |
| Defendants. | : | |

[Captions Continued On Next Page]

**XYBERNAUT INVESTORS GROUP'S MOTION FOR CONSOLIDATION, APPLICATION FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,<br><br>    Defendants. | Civil Action No. 05-0256 (SLR)<br>Class Action |
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>    Defendants. | Civil Action No. 05-0268 (SLR)<br>Class Action |
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN, and GRANT THORNTON, LLP,<br><br>    Defendants. | Civil Action No. 05-0310 (SLR)<br>Class Action |

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON, and RICHARD W. DEARBORN, <br><br> Plaintiffs, <br><br> v. <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP, <br><br> Defendants. | Civil Action No. 05-0334 (JJF) <br> Class Action |
| CHARLES W. SMITH, Individually and On Behalf OF All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON, LLP, <br><br> Defendants. | Civil Action No. 05-0354 (SLR) <br> Class Action |

Class members Donald T. Ogle, Jr., Wei Wang, Tom Johnson, Michael Taylor, and Robert A. Schultz (collectively, "Xybernaut Investors Group" or "Movant") hereby move this Court for an Order: (i) consolidating the above-captioned actions; (ii) appointing the Movant as Lead Plaintiff in the consolidated action pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3); (iii) approving the Xybernaut Investors Group's selection of

the law firms of Shepherd Finkelman Miller & Shah, LLC and Schatz & Nobel, P.C. to serve as co-lead counsel, and Rosenthal, Monhait, Gross & Goddess, P.A. to serve as liaison counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a supporting Opening Brief, the Declaration of Jessica Zeldin with attached exhibits, and a proposed Order.

        ROSENTHAL, MONHAIT, GROSS
        & GODDESS, P.A.

        Jessica Zeldin (Del. Bar No. 3558)
        Suite 1401, 919 Market Street
        P.O. Box 1070
        Wilmington, Delaware 19899
        (302) 656-4433
        jzeldin@rmgglaw.com
          Counsel for Movant

OF COUNSEL:

James E. Miller
Patrick A. Klingman
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut 06412
(860) 526-1100

Andrew M. Schatz
Jeffrey S. Nobel
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103
(860) 493-6292

June 14, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated, | : | Civil Action No. 05-0222 (SLR) |
| | : | Class Action |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MOSHE TAL, On Behalf Of Himself and All Others Similarly Situated, | : | Civil Action No. 05-0242 (SLR) |
| | : | Class Action |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | : | |
| | : | |
| Defendants. | : | |

[Captions Continued On Next Page]

**ORDER CONSOLIDATING ACTIONS, APPOINTING
THE XYBERNAUT INVESTORS GROUP AS LEAD PLAINTIFF AND
APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated, : <br><br> Plaintiff, : <br> v. : <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, : <br><br> Defendants. : | Civil Action No. 05-0256 (SLR) <br> Class Action |
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated, : <br><br> Plaintiffs, : <br><br> v. : <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP, : <br><br> Defendants. : | Civil Action No. 05-0268 (SLR) <br> Class Action |
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated, : <br><br> Plaintiff, : <br> v. : <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN, and GRANT THORNTON, LLP, : <br><br> Defendants. : | Civil Action No. 05-0310 (SLR) <br> Class Action |

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON, and RICHARD W. DEARBORN,<br><br>        Plaintiffs,<br><br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>        Defendants. | Civil Action No. 05-0334 (JJF)<br>Class Action |
| CHARLES W. SMITH, Individually and On Behalf OF All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON, LLP,<br><br>        Defendants. | Civil Action No. 05-0354 (SLR)<br>Class Action |

Upon consideration of the motion of Donald T. Ogle, Jr., Wei Wang, Tom Johnson, Michael Taylor, and Robert A. Schultz (referred to collectively herein as "Movant" or the "Xybernaut Investors Group") for consoliadtion of the above-captioned action, appointment as Lead Plaintiff and approval of selection of Lead and Liaison Counsel, Movant's supporting Opening Brief, and the Declaration of Jessica Zeldin in support thereof, and for good cause shown, it is hereby **ORDERED** as follows:

    1.    The Motion of the Xybernaut Investors Group is **GRANTED**;

2. The above-captioned actions are hereby **CONSOLIDATED** and shall be docketed under the caption of the first-filed action;

3. The Xybernaut Investors Group is **APPOINTED** to serve as lead plaintiff, pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B); and

4. The selection of counsel by the Xybernaut Investors group is **APPROVED** and the law firms of Shepherd Finkelman Miller & Shah, LLC and Schatz & Nobel, P.C. are hereby **APPOINTED** as Co-Lead Counsel, and the law firm of Rosenthal, Monhait, Gross & Goddess, P.A. is hereby **APPOINTED** as Liaison Counsel.

IT IS SO ORDERED this ___ day of ____ 2005:

_____
Sue L. Robinson, J.
United States District Judge