# Exhibit B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

DONALD T. OGLE JR ("Plaintiff"), certifies as follows:

1.    Plaintiff has reviewed the Complaint and retains Shepherd, Finkelman, Miller & Shah, LLC ("SFMS") to institute and/or pursue such action on a contingent fee basis pursuant to the terms of the accompanying Retainer Agreement.

2.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. Plaintiff represents that he/she/it fully understands this Certification and the accompanying Retainer Agreement and is duly authorized to execute this Certification.

4.    All of Plaintiff's transaction(s) in the Xybernaut Corp. ("XYBR") debt or equity securities that are the subject of this action during the Class Period (between May 10, 2002 and April 8, 2005 inclusive) is/are listed below:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 17500 | Buy | 1/9/04 | 1.93 |
| 50000 | Buy | 1/21/04 | 1.97 |
| 50000 | Buy | 6/17/04 | 1.63 |

(If you require additional space, please write "See Attached" above and attach separate sheet(s) providing the requested information.)

5.    During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a representative party in a federal securities class action except as listed below:



(Please identify above any class action in which you have served or sought to serve as a representative party.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2005, at Mullica Hill NJ (city, state).

DONALD T. OGLE JR

Print Name

Signature

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

__Wei Wang__ , ("Plaintiff"), certifies as follows:

1.     Plaintiff has reviewed the Complaint and retains Shepherd, Finkelman, Miller & Shah, LLC ("SFMS") to institute and/or pursue such action on a contingent fee basis pursuant to the terms of the accompanying Retainer Agreement.

2.     Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.  Plaintiff represents that he/she/it fully understands this Certification and the accompanying Retainer Agreement and is duly authorized to execute this Certification.

4.     All of Plaintiff's transaction(s) in the Xybernaut Corp. ("XYBR") debt or equity securities that are the subject of this action during the Class Period (between March 27, 2003 and April 8, 2005 inclusive) is/are listed below:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 30,000 | Buy | 2003.11.20 | us$1.77 |
| 50,000 | Buy | 2004.1.14 | us$1.8 |
| 20,000 | Buy | 2004.1.20 | us$1.97 |

(If you require additional space, please write "See Attached" above and attach separate sheet(s) providing the requested information.)

5.     During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a representative party in a federal securities class action except as listed below:

(Please identify above any class action in which you have served or sought to serve as a representative party.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _7th_ day of __May__ , 2005, at __Toronto, Ontario__ (city, state).

__WEI WANG__
Print Name

Signature

### CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Tom Johnson ("Plaintiff"), certifies as follows:

1.     Plaintiff has reviewed the Complaint and retains Shepherd, Finkelman, Miller & Shah, LLC ("SFMS") to institute and/or pursue such action on a contingent fee basis pursuant to the terms of the accompanying Retainer Agreement.

2.     Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. Plaintiff represents that he/she/it fully understands this Certification and the accompanying Retainer Agreement and is duly authorized to execute this Certification.

4.     All of Plaintiff's transaction(s) in the Xybernaut Corp. ("XYBR") debt or equity securities that are the subject of this action during the Class Period (between March 27, 2003 and April 8, 2005 inclusive) is/are listed below:

| No. of Shares | Buy/Sell | Date | Price Per Share |
| --- | --- | --- | --- |
| | | | |

(If you require additional space, please write "See Attached" above and attach separate sheet(s) providing the requested information.)

5.     During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a representative party in a federal securities class action except as listed below:

(Please identify above any class action in which you have served or sought to serve as a representative party.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___2___ day of ___May___, 2005, at ___Champaign, IL___ (city, state).

Tom Johnson
Print Name

Tom Johnson
Signature

### Attachment to Certification of Tom Johnson

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 46,000 | Buy | 12/15/03 | $ 1.64 |
| 5,000 | Buy | 8/04/04 | $ 1.30 |
| 26,000 | Buy | 1/19/05 | $ 1.10 |
| 21,000 | Buy | 2/10/05 | $ 0.98 |

## CERTIFICATION OF NAMED PLAINTIFF

I, Michael Taylor, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I have reviewed the complaint (the "Complaint") and would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2.    I did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    My transactions in the securities of Xybernaut Corporation during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4.    During the three years prior to the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5.    I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _4th_ day of April, 2005.
            May

                                        _____
                                                Michael Taylor

## SCHEDULE A - TRANSACTIONS IN XYBERNAUT CORPORATION

### Purchases of Xybernaut Corporation

| Transaction | Price per share | Date |
|---|---|---|
| 30,000 | .46 | 4/25/03 |
| 40,000 | .76 | 8/8/03 |
| 30,000 | .73 | 8/8/03 |
| 20,000 | 2.08 | 10/16/03 |
| 10,000 | 1.56 | 11/24/03 |
| 15,000 | 1.91 | 10/28/03 |
| 15,000 | 2.20 | 11/6/03 |
| 5000 | 1.26 | 11/12/04 |
| 15,000 | 1.26 | 11/12/04 |
| 20,000 | .83 | 3/7/05 |

### Sales of Xybernaut Corporation

| Transaction | Price per share | Date |
|---|---|---|
| 80,000 | 1.4055 | 3/11/04 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

*Robert A. Schultz* ,("Plaintiff"), certifies as follows:

1.    Plaintiff has reviewed the Complaint and retains Shepherd, Finkelman, Miller & Shah, LLC ("SFMS") to institute and/or pursue such action on a contingent fee basis pursuant to the terms of the accompanying Retainer Agreement.

2.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. Plaintiff represents that he/she/it fully understands this Certification and the accompanying Retainer Agreement and is duly authorized to execute this Certification.

4.    All of Plaintiff's transaction(s) in the Xybernaut Corp. ("XYBR") debt or equity securities that are the subject of this action during the Class Period (between May 10, 2002 and April 8, 2005 inclusive) is/are listed below:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| *See Attached* | | | |

(If you require additional space, please write "See Attached" above and attach separate sheet(s) providing the requested information.)

5.    During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a representative party in a federal securities class action except as listed below:

(Please identify above any class action in which you have served or sought to serve as a representative party.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *10th* day of *June* , 2005, at *New Braunfels, TX* (city, state).

*Robert A. Schultz*
Print Name

*Robert A. Schultz*
Signature

# Stock Balance Record

**Name**
Xybernaut Corporation

**Symbol**  XYBR

| TRANS. DATE | REF. | UNITS | UNITS BALANCE | UNIT PRICE | BROKER FEE | SEC FEE | COST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/18/03 | 01273945381 | 5,000 | 5,000 | $2.10000 | $ 10.99 | | $10,510.99 | $ 10,510.99 |
| 09/25/03 | 01279473518 | 5,000 | 10,000 | 2.11000 | 10.99 | | 10,560.99 | 21,071.98 |
| 09/26/03 | 01281073163 | 10,000 | 20,000 | 1.80000 | 10.99 | | 18,010.99 | 39,082.97 |
| 11/21/03 | 01335744956 | 9,600 | 29,600 | 1.71000 | 10.99 | | 16,426.99 | 55,509.96 |
| 11/21/03 | 01335744955 | 400 | 30,000 | 1.70800 | | | 683.56 | 56,193.52 |
| 12/04/03 | 01347440019 | 5,000 | 35,000 | 1.65000 | 10.99 | | 8,260.99 | 64,454.51 |
| 12/18/03 | 01362382448 | 4,000 | 39,000 | 1.62000 | 10.99 | | 6,490.99 | 70,945.50 |
| 03/11/04 | 01469985261 | 11,000 | 50,000 | 1.40000 | 10.99 | | 15,410.99 | 86,356.49 |
| 08/09/04 | 01555440061 | 5,000 | 55,000 | 1.57000 | 10.99 | | 7,860.99 | 94,217.48 |
| 03/29/05 | 01850282784 | 3,500 | 58,500 | 0.49000 | 10.99 | | 1,725.99 | 85,943.47 |