# EXHIBIT C

# COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

### *COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.*

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. is widely recognized as one of the leading

plaintiffs' law firms in the United States.  Cohen, Milstein represents individuals, small businesses,

institutional investors, and employees in many of the major class action cases litigated in the United States

for violations of the antitrust, securities, environmental, consumer protection, discrimination and human

rights laws.  The firm is one of the best-known firms handling plaintiffs' class actions in the country and is

at the forefront of numerous innovative legal actions that are expanding the quality and availability of legal

recourse for aggrieved individuals and businesses.  Cohen, Milstein has obtained numerous landmark

judgments and settlements for individuals and businesses in the United States and abroad.  Its practice areas

include antitrust, securities, environmental, consumer protection/product liability, civil rights/employment

discrimination, ERISA and human rights litigation.

Cohen, Milstein's most significant cases include:

- In re Vitamins Antitrust Litigation, MDL No. 1285 (D.D.C.).  Since 1999, Cohen, Milstein has represented as co-lead counsel two certified classes of businesses who directly purchased bulk vitamins and were overcharged as a result of a ten year global price-fixing and market allocation conspiracy.  Chief Judge Hogan has approved four major settlements between certain vitamin defendants and Class Plaintiffs, including a landmark partial settlement of $1.1 billion.  In a recent trial before Chief Judge Hogan of four of Class Plaintiffs' remaining unsettled Vitamin B4 (choline chloride) claims, a federal jury in Washington unanimously found Japan's second largest trading company, Mitsui & Co., Ltd., its wholly-owned U.S. subsidiary Mitsui & Co. (U.S.A.), Inc., DuCoa, LP, a choline chloride manufacturer based in Highland, Illinois, and DuCoa's general partner, DCV, Inc. liable for participating in the conspiracy and ordered them to pay $49,539,234, which is trebled to $148,617,702 under the federal antitrust laws.  The case was subsequently settled against those defendants.

- Nate Pease, et al. v. Jasper Wyman & Son, Inc., et al., Civil Action No. 00-015 (Knox County Superior Court, Me.).  Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has been co-lead counsel on this case since its inception in 2000.  On November 18, 2003, a Maine state court jury found three blueberry processing companies liable for participating in a four-year price-fixing and non-solicitation conspiracy that artificially lowered the prices defendants paid to approximately 800 growers for wild blueberries.  The jury ordered defendants Cherryfield Foods, Inc., Jasper Wyman

& Son, Inc., and Allen's Blueberry Freezer, Inc. to pay $18.68 million in damages, the amount which the growers would have been paid absent the defendants' conspiracy. After a mandatory trebling of this damage figure under Maine antitrust law, the total amount of the verdict for the plaintiffs is just over $56 million. The three defendants are jointly and severally liable for the damages.

- In re StarLink Corn Products, Liability Litigation, MDL No. 1403. CMHT successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes, but never approved for human consumption. Nevertheless, StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. CMHT, as co-lead counsel, achieved a final settlement providing more than $110 million for U.S. corn farmers, which was approved by a federal district court in April 2003. This settlement is the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- Oncology & Radiation Associates, P.A. v. Bristol Myers Squibb Co., et al., Case No. 1:01CV02313 (D.D.C.). Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has been co-lead counsel in this case since its inception in 2001. Plaintiffs alleged that Bristol-Myers Squibb unlawfully monopolized the United States market for paclitaxel, a cancer drug discovered and developed by the United States government, which Bristol sells under the brand name Taxol. Bristol's scheme included a conspiracy with American BioScience, Inc., a generic manufacturer, to block generic competition. Cohen, Milstein's investigation and prosecution of this litigation on behalf of direct purchasers of Taxol led to a settlement of $65,815,000 that was finally approved by U.S. District Judge Emmet G. Sullivan on August 14, 2003 and preceded numerous Taxol-related litigations brought by the Federal Trade Commission and State Attorneys General offices.

- In re Lorazepam and Clorazepate Antitrust Litigation, MDL No. 1290, United States District Court for the District of Columbia. Generic drug maker Mylan Pharmaceuticals, Inc. entered exclusive deals to lock up supply of the raw ingredients for two popular anti-anxiety medications. Mylan then raised the prices of the drugs by thousands of percent. CMHT served as co-lead counsel and obtained a $35 million settlement for direct purchasers of the affected medications.

- Kruman v. Christie's International PLC, et al., Docket No. 01-7309. A $40 million settlement on behalf of all persons who bought or sold items through Christie's or Sotheby's auction houses in non-internet actions was recently approved. CMHT served as one of three leading counsel on behalf of foreign plaintiffs. In certifying the class and approving the settlement, Judge Kaplan characterized the settlement as a "good result" particularly in light of the significant obstacles that faced plaintiffs and plaintiffs' counsel in the litigation. The settlement marks the first time that claims on behalf of foreign plaintiffs under U.S. antitrust laws have resolved in a U.S. court, a milestone in U.S. antitrust jurisprudence.

- In re Flat Glass Antitrust Litigation, MDL No. 1200, United States District Court for the Western District of Pennsylvania. Plaintiffs allege that the five major manufacturers of float

2

glass and automotive replacement glass conspired to fix prices on a wide variety of glass products. CMHT served as co-lead counsel and obtained a total of $61.7 million in settlement funds on behalf of glass shops, window manufacturers, and others who directly purchased the affected products from the defendants.

- *In re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y.). Plaintiffs allege that Bristol Myers-Squibb Company, a producer of the drug BuSpar®, unlawfully maintained a monopoly in violation of federal and state antitrust and unfair competition laws. A $90 million settlement was preliminarily approved in April 2003. CMHT served as one of four co-lead counsel.

- *IVAX Corp. v. Atofina Chemicals, Inc., et al.*, Civ. No. 02-00593, United States District Court for the District of Columbia. Plaintiffs allege that the major global producers of certain chemicals known as organic peroxides have conspired to fix prices on their products. Organic peroxides are used in the manufacture of plastics and certain rubber products. CMHT is lead counsel and obtained a $16 million settlement with one defendant, Akzo Nobel Chemicals BV, on behalf of direct purchasers of the chemicals. The remainder of the case is still pending.

- *In re Infant Formula Consumer Antitrust Litigation* (multiple state courts). Cohen, Milstein, Hausfeld & Toll, P.L.L.C. instituted price-fixing cases on behalf of indirect-purchasers in 17 states under state antitrust laws against three companies who conspired to drive up the price of infant formula. The cases have resulted in settlements of $64 million for purchasers of infant formula.

- *In re The Exxon Valdez Litigation*, No. A89-095 Civ. (D. Alaska). The firm was selected from dozens of law firms around the country by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history that resulted in a jury verdict of more than $5 billion (reversed and remanded for revised punitive damages award).

- *Holocaust Litigation*. In the historic Swiss Banks litigation, CMHT served, *pro bono*, as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry and art treasures. CMHT obtained a $1.25 billion settlement, leading the presiding judge to call the firm's work "indispensable." *See In re Holocaust Victim Assets Litig.*, Case No. CV 96-4849 (ERK) (MDG) (Memorandum of Chief Judge Korman dated July 26, 2002). CMHT was also a lead counsel in litigation by survivors of World War II-era forced and slave labor in litigation against the German companies that profited from using the labor of concentration camp inmates. This litigation, which resulted in an unprecedented settlement of $5.2 billion, was resolved by multinational negotiations involving the defendants, plaintiffs' counsel, and the governments of several countries. Approximately 2 million claimants will receive compensation from this fund.

CMHT has contributed over 37,000 hours of time to human rights and *pro bono* cases since 1996. For example, CMHT represented eight survivors and/or families of the victims of the September 11, 2001 attack on the Pentagon before the Federal compensation fund. CMHT has obtained a substantial recovery for each, including the highest recovery to date, $6.8 million, for an injured individual.

3

- <u>Roberts v. Texaco, Inc.</u>, 94-Civ. 2015 (S.D.N.Y.).  Cohen, Milstein represented a class of African-American employees in this landmark litigation that resulted in the largest race discrimination settlement in history ($176 million in cash, salary increases and equitable relief).  The Court hailed the work of class counsel for *inter alia* "framing an imaginative settlement, that may well have important ameliorative impact not only at Texaco but in the corporate context as a whole …".

- <u>In re Diet Drug Litigation (Fen-Phen)</u>, MDL No. 1203 (E.D. Pa.).  As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Cohen, Milstein, Hausfeld & Toll, P.L.L.C. played a major part in the success of the Fen-Phen diet drug litigation and settlement *(In re: Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation,* MDL 1203).  CMHT and other plaintiffs' counsel achieved the largest settlement ever obtained in a mass tort case - $3.75 billion - on behalf of millions of U.S. consumers who used Pondimin (fenfluramine) or Redux (dexfenfluramine) alone or in combination with phentermine, diet drugs that were found to be associated with heart valve damage.

- <u>In re Microsoft Corp. Antitrust Litigation</u>, MDL No. 1332 (D. Md.).  Cohen, Milstein is one of two co-chairs of the plaintiffs' lead counsel committee.  The firm is responsible for leading this massive litigation, not only on behalf of the dozens of cases filed in federal court, but also through close coordination with the many state-court actions pending around the country.

- <u>In re Lucent Technologies Securities Litigation</u>, Civ. Action No. 00-621 (JAP) (D.N.J.).  A proposed settlement in this massive securities fraud class action was reached in late March 2003.  The class portion of the settlement amounts to over $500 million in cash, stock and warrants and ranks as the second largest securities class action settlement ever.  Cohen, Milstein represented one of the co-lead plaintiffs in this action, The Parnassus Fund, a mutual fund based in San Francisco, California.

- <u>Conanan v. Tanoue</u>, No. 00-CV-3091 (ESH).  Cohen, Milstein, Hausfeld & Toll, P.L.L.C. represented African-American employees at the Federal Deposit Insurance Corporation (FDIC) in a race discrimination suit, which settled for $14 million.  The settlement provides the largest payment made in an employment discrimination class action based on race against a federal agency.

- <u>Trotter v. Perdue Farms, Inc.</u>, Case No. 99-893 (RRM) (JJF) (MPT), D. Del.  This suit on behalf of hourly workers at Perdue's chicken processing facilities -- which employ approximately 15,000 people -- forced Perdue to pay employees for time spent "donning and doffing," that is, obtaining, putting on, sanitizing and removing protective equipment that they must use both for their own safety and to comply with USDA regulations for the safety of the food supply.  The suit alleged that Perdue's practice of not counting donning and doffing time as hours worked violated the Fair Labor Standards Act and state law.  In a separate settlement with the Department of Labor, Perdue agreed to change its pay practices.  In addition, Perdue is required to issue retroactive credit under one of its retirement plans for "donning and doffing" work if the credit would improve employees' or former employees' eligibility for pension benefits.  CMHT was co-lead counsel.  The settlement was approved by the Court in fall 2002 and money was distributed in early 2003.

- In re Domestic Air Transportation Antitrust Litigation, MDL No. 861 (N.D. Ga.). Cohen, Milstein was one of the lead counsel for class plaintiffs in this case, which was one of the largest consumer class actions ever brought to a successful conclusion. The class obtained a settlement of travel discounts and cash of $458 million.

- Snyder v. Nationwide Mutual Insurance Company, No. 97/0633 (Sup. Ct. N.Y. Onondaga Cty.). Cohen, Milstein, Hausfeld & Toll, P.L.L.C. served as one of plaintiffs' principal counsel in this case on behalf of persons who held life insurance policies issued by Nationwide through its captive agency force. Cohen, Milstein obtained a settlement valued at more than $85 million. The Judge in Snyder praised the efforts of Cohen, Milstein and its co-counsel for having done "a very, very good job for all the people." He complimented "not only the manner" in which the result was arrived at, but also the "time … in which it was done."

- Paper Systems Inc., et al. v. Mitsubishi Corp., et al., No. 96-C-0959 (E.D. Wis.). Cohen, Milstein, Hausfeld & Toll, P.L.L.C., as lead counsel in this class action involving an international cartel to fix jumbo roll thermal facsimile paper prices in the United States, settled with the remaining defendants on the eve of trial in February 2001 for over $16 million, well in excess of the damages calculated by plaintiffs' expert. CMHT and its co-counsel achieved this result even though two of the defendants were acquitted in their parallel criminal cases. Plaintiffs' efforts included reviewing and translating numerous documents written in Japanese and taking several depositions in Japan and London.

In addition, Cohen, Milstein is at the forefront of new areas of the law. The firm was in the forefront of filing antitrust claims on behalf of indirect purchasers. In 1993 and 1994, the firm filed state-court actions in 18 states on behalf of indirect purchasers of infant formula. This was the first effort to systematically and simultaneously pursue treble damages claims on behalf of indirect-purchasing consumers in all states in which their antitrust laws permitted such claims. This approach, and variations of it, have since become the accepted model for pursuing antitrust damages on behalf of indirect-purchasing consumers. Prior to the infant formula consumer litigation, state indirect cases had been filed almost exclusively in California, although 17 other states had the requisite legislation on their books.

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has been in the forefront of the development of international antitrust theory and litigation of claims. As the global economy has produced worldwide conglomerates, so, too, has the nature of antitrust violations changed. Thus, for example, in *Kruman v. Christie's International PLC, et al.* Docket No. 01-7309 and *In re Bulk Vitamins Antitrust Litigation*, MDL

1285 (D.D.C.), both the parties and the anticompetitive actions were played out on a world, rather than domestic, stage.

The firm also has successfully defended constitutional rights of public officials and citizens in a series of lawsuits brought by companies attempting to use the legal system to intimidate political adversaries with lawsuits aimed at political speech and constitutionally-protected conduct.  Cohen, Milstein, Hausfeld & Toll, P.L.L.C. is dedicated to providing the highest quality legal representation to aggrieved individuals, consumers, investors, citizens and employees, as well as handling complex, innovative litigation.

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. was established in March 1986 and has satellite offices in New York and Chicago.  From 1969 until its formation in 1986, the firm was the Washington, D.C. office of the Philadelphia law firm currently known as Kohn, Swift & Graf, P.C.  Members of the firm have litigated numerous securities, antitrust and product liability class actions in which they played a principal or lead role or served on the Executive Committee of plaintiffs' counsel.

Cohen, Milstein has had one of the most varied and extensive practices in the United States, and it has played a prominent role in major litigation since 1969.  These cases include:

In re North Atlantic Air Travel Antitrust Litigation, Civ. Action No. 84-1103 (D.D.C.); the firm, as co-lead counsel, obtained a class settlement of $30 million in coupons for air travelers between the United States and England.

In re Screws Antitrust Litigation, MDL No. 443 (D. Mass); the firm, as co-lead counsel, obtained a class settlement of approximately $50 million.

Ocean Shipping Antitrust Litigation, MDL No. 395 (S.D.N.Y); the firm, as co-lead counsel, obtained a class settlement of approximately $50 million.

In re Corrugated Container Antitrust Litigation, MDL No. 310 (S.D. Tex.); the firm was one of a handful of firms involved in the successful trial of this massive antitrust case which was eventually settled for approximately $366 million.

Murphy, Derivatively On Behalf of Nominal Defendant National Health Laboratories Incorporated v. Perelman, Case No. 659511 (Cal. Sup. San Diego Cty.); as one of co-lead counsel, in the derivative action, the firm and others obtained a global settlement of class and derivative litigation for a total of $70 million.

Masonite Hardboard Siding Litigation, (State Court, Alabama); the firm, as one of the lead counsel, obtained a settlement valued at hundreds of millions of dollars.

Polybutylene Pipe Litigation, (State Court, Texas); the firm helped obtain a settlement valued at $900 million.

Biben v. Card, No. 84-0844-CV-W-6 (W.D. Mo.); the firm, as one of two co-lead counsel, negotiated settlements for $11.9 million, which was 93% of class members' damages.

In re Newbridge Networks Securities Litigation, Civ. Action No. 90-1061 (D.D.C.); the firm, as co-counsel handling this case, obtained a cash and stock class settlement valued at approximately $20 million.

Jiffy Lube Securities Litigation, Civ. Action No. Y-89-1939 (D. Md.); the firm, as co-lead counsel, obtained class settlements for a total of $12 million.

In re Saxon Securities Litigation, Civ. Action No. 82 Civ. 3103 (S.D.N.Y.); the firm, as co-lead counsel, obtained a class settlement of approximately $20 million.

Grossman v. Waste Management, Civ. Action No. 83 Civ. 2167 (N.D. Ill.); the firm, as co-lead counsel, obtained a class settlement of approximately $13 million.

In re Warner Communications Securities Litigation, 618 F. Supp. 735 (S.D.N.Y. 1986); the firm was one of plaintiffs' counsel in this case where a class settlement of $18.4 million was obtained.

In re Tandon Securities Litigation, No. CV86-4566 (C.D. Cal.); the firm played a major role in this class action where settlement was valued at approximately $16 million.

Immunex Securities Litigation, No. C92-548WD (W.D. Wash.); the firm was one of lead counsel where the largest securities class action settlement in Seattle -- $14 million -- was recovered.

In re Caremark Securities Litigation, Case No. 94 C 4751 (N.D. Ill.); the firm, as co-lead counsel,

obtained a class settlement of $25 million.

In re Commercial Explosives Antitrust Litigation, Consolidated Case No. 2:96md 1093S (D. Utah); the firm, as co-lead counsel, obtained a settlement of $77 million.

Cohen, Milstein has also served as lead or co-lead counsel, or on Plaintiffs' Executive Committee(s) in the following cases:

In re Travel Agent Commission Antitrust Litigation, MDL No. 1058 (D. Minn.).

In re Infant Formula Antitrust Litigation, MDL No. 878 (N.D. Fla.).

Carbon Dioxide Antitrust Litigation, MDL No. 940 (M.D. Fla.).

Catfish Antitrust Litigation, MDL No. 928 (N.D. Miss.).

Chain Link Fence Antitrust Case, Master File No. CLF-l (D. Md.).

Ocean Shipping Antitrust Litigation, MDL No. 395 (S.D.N.Y.).

College Bound Consolidated Litigation, Case No. 93-CIV-2348 (MBM) (S.D.N.Y.).

In re Tokos Medical Corp. Securities Litigation, Master File No. SACV-92-791-GLT (S.D. Cal.).

HMO America Securities Litigation, Master File No. 92 C 3305 (N.D. Ill.).

In re Physician Corp. of America Securities Litigation, Case No. 97-3678-CIV-Jordan (S.D. Fla.).

In re Transcrypt International Inc. Securities Litigation, Master File No. 4:98CV3099 (D. Neb.).

In re Nextel Communications Securities Litigation, Master File No. 94-4123 (HAA) (D.N.J.).

Biographical sketches of the firm's attorneys follow:

## HERBERT E. MILSTEIN

For the past 37 years, Herbert E. Milstein has focused on complex securities and business litigation and on class actions. He has been and continues to be lead counsel in numerous federal court actions across the country and is an expert in both class and securities actions.

He formerly served on the staff of the Securities and Exchange Commission for five and one-half years, and last held the position of Chief Enforcement Attorney, Division of Corporate Regulation. From 1976-1980, Mr. Milstein served as Equity Receiver for National American Life Insurance Company, appointed by Judge Charles R. Richey, in *SEC v. National Pacific Corp.* Mr. Milstein and his firm served "with distinction," in the words of the Chairman of the SEC.

An adjunct Professor of Law at Georgetown University Law Center from 1980-1987, where he taught complex litigation, Mr. Milstein continues, as he has done for the past 30 years, to lecture on securities litigation and class actions at law schools and seminars throughout the United States. In 1985, he was awarded a Silver Gavel by the American Bar Association as a distinguished example of public service. Mr. Milstein is the author of articles on topics involving class actions litigation and the Federal securities laws.

Formerly President of the National Association of Securities and Commercial Law Attorneys (NASCAT), he also served as treasurer of that organization for six years. He is a member of the American Law Institute and is a member and a former Chairman of the Executive Council of the Securities Law Committee of the Federal Bar Association.

Mr. Milstein graduated from Harvard College (B.A., *cum laude*, 1958) and Columbia University School of Law (LL.B. 1961). Mr. Milstein has been admitted to practice in Washington, D.C. and Massachusetts.

## MICHAEL D. HAUSFELD

Michael D. Hausfeld is one of the country's top civil litigators, specializing in antitrust, human rights, employment discrimination, environmental and consumer rights cases.

Mr. Hausfeld was recently recognized by the National Law Journal as one of the "Top 100 Influential Lawyers in America." In a recent opinion by Chief Judge Edward Korman of the Eastern District of New York, Mr. Hausfeld was characterized as one of the two "leading class action lawyers in the United States." He has been described by one of the country's leading civil rights columnists, Nat Hentoff, as an "extremely penetrating lawyer"; and by a colleague in the Washington Post, as a lawyer who "has a very inventive mind when it comes to litigation. He thinks of things most lawyers don't because they have originality pounded out of them in law school." The New York Times refers to Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers." The Washingtonian has listed Mr. Hausfeld for the past several years as one of Washington's 75 best lawyers, saying he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world and succeeding."

The Wall Street Journal, in a recent profile of Mr. Hausfeld, noted that he has added an ever-broadening portfolio of social reform cases to his successful practice. Mr. Hausfeld was among the first lawyers in the U.S. to assert that sexual harassment was a form of discrimination prohibited by Title VII and successfully tried the first case establishing that principle. Since then, his practice has included successful representations of Native Alaskans affected by the 1989 Exxon Valdez oil spill. In 1996, focusing the attention of the nation on racism in corporate America, he negotiated a historical $176 million racial bias settlement from Texaco, Inc. In *Friedman v. Union Bank of Switzerland, et al.*, Mr. Hausfeld represented a class of victims of the Holocaust whose assets were wrongfully retained by private Swiss

banks during or after World War II. The case raised novel issues of international banking law and international human rights law. He has successfully represented the Republic of Poland, the Czech Republic, the Republic of Belarus, the Republic of Ukraine and the Russian Federation, on issues of slave and forced labor for both Jewish and non-Jewish victims of Nazi persecution during World War II. Mr. Hausfeld currently represents Jubilee 2000, Khulamini, and other NGOs in litigation involving abuses under apartheid law in South Africa.

Mr. Hausfeld has had an extremely varied antitrust litigation practice. He has a long record of successful litigation, both on behalf of individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price-fixing. Over his career, his aggregate multi-billion dollar recoveries have been against oil companies, telecommunication companies, paper manufacturers, pharmaceutical companies, auto manufacturers, and electronic manufacturers. Mr. Hausfeld and his firm are currently co-lead counsel in courtroom antitrust assaults on manufacturers of genetically engineered foods, managed healthcare companies, bulk vitamin manufacturers, tobacco companies, technology industries, auto racing monopolies, and international industrial cartels. He is actively involved in ongoing investigations into antitrust cases abroad, and was the only private lawyer permitted to attend and represent the interests of consumers worldwide in the 2003 closed hearings by the EU Commission in the Microsoft case.

Recent awards include the 2002 B'Nai Brith "Humanitarian of the Year" award; the Simon Wiesenthal Center Award for Distinguished Service; and the U.S. Department of Energy's Human Spirit Award, presented "in tribute to a person who understands the obligation to seek truth and act on it is not the burden of some, but of all; it is universal."

Mr. Hausfeld was born in Brooklyn, New York in 1946 and was admitted to the bar of the District of Columbia in 1969. Education: Brooklyn College (A.B., *cum laude*, 1966); the National Law Center,

11

George Washington University (J.D., *with honors*, 1969). Order of the Coif. Member, Board of Editors, George Washington Law Review, 1968-69. Adjunct Professor of Complex Litigation, Georgetown University Law Center, 1980-87. Adjunct Professor, George Washington University, 1996-98. Board of Directors, George Washington University Law School, 1998 to present.

<u>STEVEN J. TOLL</u>

Profiled in the February 1996 <u>Washington Business Journal</u> as one of five attorneys that stand out as the "cream of the crop" in the Washington D.C. legal community, Steven J. Toll has been lead or principal counsel in some of the best known stock fraud cases over the past 20 years. He opened the firm's Seattle office in October 1996. He was named Managing Partner of the firm in 1997. By 1999 he was selected by his peers as one of the top lawyers in the State of Washington, as reported in <u>Washington Law and Politics Magazine</u>. In November 2000, he returned to D.C. to run the firm.

Some of Mr. Toll's more notable cases include those against Caremark, Inc. ($25 million recovery for shareholders), which pled guilty to Medicare fraud and paid the U.S. Government a fine of approximately $160 million; National Health Labs, which paid $65 million to settle shareholder and derivative cases; *In re Saxon Securities Litigation*, fraud involving fictitious photocopier sales (recovery of $20 million); *In re Immunex Securities Litigation*, biotech company accused of concealing significant business problems (largest securities class action settlement in Seattle - $14 million); *Grossman v. Waste Management*, defendant accused of withholding information concerning violations of the environmental laws and failure to comply with federal and state regulatory standards (recovery of over $13 million); *In re Jiffy Lube Securities Litigation*, company accused of deceptive accounting practices to hide its true financial condition (recovery of $12 million); and Itron Securities Litigation, defendants accused of concealing flaws in its technology (recovery of $12 million).

12

Mr. Toll also served as co-lead counsel in one of the most publicized frauds of the 1990s -- Cascade International, where the mastermind of the fraud, Victor Incendy, is still a fugitive from justice. The case settled on the eve of trial against Raymond James Inc. for $9 million -- the only securities class action ever successfully litigated against a brokerage firm for its role as a research analyst.

Mr. Toll's vast experience in suing companies for defrauding their shareholders has involved him in uncovering all kinds of fraudulent and misleading business practices, including those where a company cooked its books through fraudulent accounting entries, shipped boxes of bricks instead of computer products, lied about supply problems, inventory problems, management concerns, revenue recognition practices, healthcare fraud, false advertisement of products, fraudulent banking practices and setting of reserves. Cases in which Mr. Toll has been principally involved have led to settlements which have returned to investors hundreds of million of dollars.

Mr. Toll has also been involved with some of the largest product liability class action cases ever. For example, *Cox v. Shell Oil* resulted in a $950 million settlement for defective polybutylene piping. In addition, Mr. Toll has been involved in litigating against Masonite, Louisiana Pacific and Weyerhaeuser for defective hardboard siding, which have resulted in recoveries of hundreds of millions of dollars for homeowners. He is also involved in litigating the firm's employment discrimination cases pending against Boeing Corp. (for female and Asian-American employees) and Microsoft Corp. (for female and African-American employees).

Mr. Toll is an honors graduate of the Wharton School of the University of Pennsylvania (B.S., *cum laude,* 1972). He graduated from Georgetown University Law Center (J.D. 1975) where he was Special Project Editor of the Tax Lawyer.

<u>LISA M. MEZZETTI</u>

13

Lisa Mezzetti joined Cohen, Milstein in 1984, and since then has worked exclusively on consumer litigations and securities regulation actions (in class actions, private litigations and arbitrations).

In consumer cases, Ms. Mezzetti is or was one of the Lead Counsel in *In re Lupron Marketing and Sales Practices Litigation* and related cases (D. Mass.) (cases brought by consumers and private insurers and other drug payers against pharmaceutical companies concerning their pricing practices for certain drugs); *Howard v. Ford Motor Co.* (Sup. Ct. Cal.) (one of trial counsel in consumer case for millions of car owners alleging fraud; order of the Court on equitable count required prospective recall of 1.7 million cars; settled immediately before scheduled second jury trial); *Fischl v. Direct Merchants Credit Card Bank* (Minn. Dist. Ct.) (brought by credit card consumers, alleging improper charges and payment processes); *Ford v. General Motors Acceptance Corp.* (E.D. Ark.) (alleging fraudulent charging of dealer reserves on automobile financing); *Ferguson v. Columbia/HCA Healthcare Corp.* (Cir. Ct. Tenn.) (a consumer class action alleging hospital billing overcharges); and *In re Synthroid Marketing Litigation* (N.D. Ill.) (a series of consumer and antitrust class actions). She has litigated class actions under the ERISA laws; she also brought one of the first class actions filed under the federal Family and Medical Leave Act.

In her securities work, Ms. Mezzetti represented the corporate plaintiff in a private litigation alleging damages of more than $40 million from the purchase of a healthcare technology company, and represented 1,900 plaintiffs in a series of 25 federal court suits concerning municipal bonds. Her shareholder class actions include *Murphy, Derivatively On Behalf of Nominal Defendant National Health Laboratories Inc. v. Perelman* (Cal. Sup. Ct.) (global settlement of class and derivative litigations for total of $70 million); *Flecker v. Hollywood Entertainment Corp.* (D. Or.) ($15 million settlement, reached day before trial was to begin); and *Biben v. Card*, (W.D. Mo.) (93% of class members' damages recovered in settlement). She also has represented parties in securities arbitrations (both as claimant's counsel or

14

defense counsel for the broker) and defended clients in investigations and enforcement actions of the Securities and Exchange Commission. She is a public arbitrator for the National Association of Securities Dealers, hearing disputes between customers and brokers.

Ms. Mezzetti graduated from the Columbus School of Law, Catholic University of America in 1980, where she served as a Vice-Chancellor of the Moot Court Board. In 1986, she received a Master of Laws degree, with a specialty in Securities Regulation, from Georgetown University Law Center. Her bachelor's degree was awarded from Stonehill College in Massachusetts; she graduated with a B.A., *magna cum laude*, in 1977.

She has been a panelist at several legal education seminars and conventions and was a guest panelist on a D.C. cable television show concerning hiring and working with stock brokers and financial advisors.

Ms. Mezzetti serves as Vice-President and a Member of the Board of Directors of The International Alliance for Women, a worldwide, non-profit organization that supports and promotes women entrepreneurs and professional and executive women in the business, government and not-for-profit sectors.

Ms. Mezzetti has been admitted to practice in Washington, D.C. and New York State.


## ANDREW N. FRIEDMAN

Andrew N. Friedman concentrates on complex litigation involving the federal securities laws, consumer fraud and product liability cases. Since 1985, Mr. Friedman has been involved in some of the best known securities class actions.

Among other securities cases, Mr. Friedman served as one of co-lead or principal counsel in: *Norman Frank, et al. v. David L. Paul* (recovery of over $18 million for purchasers of CenTrust Bank securities); *In re Jiffy Lube Securities Litigation* (recovery of over $12 million); and *In re Immunex*

*Securities Litigation* (recovery of $14 million -- the largest securities class action settlement in Seattle).

Mr. Friedman was one of the firm's attorneys selected by the County of Cuyahoga, Ohio to prosecute a lawsuit which sought to recover losses from the County's Secured Assets Fund Earnings Program (S.A.F.E.). The lawsuit alleged that broker/dealers and a financial institution assisted the County in engaging in unsuitable and inappropriate investments and trading activity. In November and December of 1997, the firm was able to secure a very favorable settlement from all defendants totaling $9.5 million.

In the consumer fraud and products liability area, Mr. Friedman has been instrumental in securing significant recoveries on behalf of thousands of consumers. For example, Mr. Friedman was one of the principal counsel in *Snyder v. Nationwide Mutual Insurance Company,* Index No. 97/0633 (Sup. Ct. of New York, Cty. of Onondaga), a class action which resulted in a settlement valued at between $85 million and $103 million. The settlement provides relief for those persons or entities who have or had an ownership interest in one or more life insurance policies issued by Nationwide through its captive agency force during the Class Period. Similarly in *Duckworth v. Country Life Insurance Co.,* No. 98 CH 1046 (Cook Cty. Ill. Cir. Ct.), Mr. Friedman was one of the principal counsel in securing more than $44 million in benefits on behalf of a class of Country Life insurance policies, whose premiums would purportedly "vanish," but did not.

As one of two co-lead counsel in a class action against Thomson Consumer Electronics, Inc., Mr. Friedman was able to reach a court-approved agreement with Thomson that, among other things, made up to an aggregate of $100 million available for those persons with unreimbursed repairs to their RCA ProScan and GE televisions. A similar settlement was reached on behalf of certain Panasonic and JVC DVD purchasers which provided up to $100 per person of unreimbursed repair costs.

Mr. Friedman graduated from Tufts University in 1980 (B.A., *magna cum laude,* Phi Beta Kappa)

and is a 1983 graduate of the George Washington University National Law Center.  Prior to joining Cohen,

Milstein, Hausfeld & Toll, P.L.L.C., Mr. Friedman served as an attorney with the U.S. Patent and

Trademark Office.  He has been admitted to practice in Washington, D.C. and New York State.  Mr.

Friedman has been a speaker on numerous panels and legal education seminars on various topics, including

securities class actions and accounting fraud.  Mr. Friedman was featured in a November 15, 1997

Washington Post article about securities class actions and profiled in the April 14, 2000 edition of the

Washington Business Journal.  Mr. Friedman is currently serving as the firm's hiring partner.

### RICHARD S. LEWIS

Mr. Lewis graduated from Tufts University (B.A., *cum laude*, 1976), and earned his master's in

Public Health degree from the University of Michigan (1981), and his law degree from the University of

Pennsylvania (J.D., *cum laude*, 1986).  He was Comments Editor for the University of Pennsylvania Law

Review (1985-86) and authored the Comment, *O.C.A.W. v. American Cyanamid: The Shrinking of the*

*Occupational Safety and Health Act*, U. Pa. L. Rev. (July 1985).  After law school, he was a law clerk for

the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey.

Mr. Lewis concentrates on toxic torts and antitrust litigation.  He has been appointed to serve as co-

lead counsel in mass tort and class action cases including *In re StarLink*, MDL No. 1403 (co-lead counsel)

(claims by farmers regarding StarLink corn), and *In re PPA*, MDL No. 1407 (claims by users of unsafe

medicines).  In addition, he has served as lead counsel in numerous suits to obtain medical monitoring relief

for communities exposed to toxic chemicals from hazardous waste disposal practices or unsafe drugs,

including *In re Diet Drug Litigation (Fen-Phen)*, MDL No. 1203; *Yslava v. Hughes* (TCE contaminated

drinking water in Tucson, AZ); *Bocook v. Ashland* (air pollution from oil refinery in W. Va.); and *Harman*

*v. Lipari* (Superfund site in New Jersey).  He has also litigated both individual and class childhood lead

poisoning cases, including *Arevalo v. Neubauer* (lead paint poisoned child in D.C.); *Hunter v. Pneumo Abex* (children lead poisoned by foundry in Norfolk, VA neighborhood); and *Wagner v. Anzon* (children lead poisoned by foundry in Philadelphia, PA neighborhood); and he is presently developing cases against the lead pigment industry on behalf of cities and states and also represents the City of Milwaukee, *City of Milwaukee v. NL Industries Inc.*

Mr. Lewis has also litigated major antitrust actions, including *Sample v. Monsanto* (genetically modified corn and soy seeds) and *In re Airline Ticket Commissions Litigation* (Travel Agents).

Mr. Lewis has been admitted to practice in Washington, D.C.

## DANIEL S. SOMMERS

Daniel S. Sommers specializes in federal securities class action lawsuits. He has litigated numerous cases which resulted in multi-million dollar recoveries for investors including *In re TrustCorp Securities Litigation* (recovery of $5.6 million); *In re Y&A Group Securities Litigation* (recovery of $2.5 million); *Steiner v. Southmark Corporation* (recovery of over $70 million); *In re Cascade International Securities Litigation* (recovery of over $9.8 million); *In re PictureTel Inc. Securities Litigation* (recovery of $12 million); and *In re Nextel Communications Securities Litigation* (recovery of up to $27 million). He also represented a privately held corporation in a complex multi-party action alleging fraud in a corporate acquisition. *See TBG Inc. v. Bendis*, 36 F.3d 916 (10th Cir. 1994). Several of Mr. Sommers' cases resulted in important published district and appellate court decisions.

In addition, Mr. Sommers was a guest panelist on "Its Your Business," a nationally syndicated television program, where he spoke on investor lawsuits. He has been quoted in Investor Relations magazine on the impact of the Private Securities Litigation Reform Act of 1995 and has been a featured panelist at the George Washington University Law School, where he spoke on the practice of law from the

plaintiff's perspective.

He is a 1983 graduate of Union College (B.A., *magna cum laude*) and a 1986 graduate of the George Washington University Law School. Mr. Sommers is a member of the American Bar Association Section of Litigation Committee on Securities Litigation. He is admitted to practice in numerous courts, including the United States District Courts for the District of Columbia and New Jersey and the United States Courts of Appeals for the Fourth, Ninth, Tenth and Eleventh Circuits.

## DANIEL A. SMALL

Daniel A. Small is a 1981 graduate of Colgate University (B.A., *cum laude*); he graduated from Washington College of Law in 1986. He joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. after serving as law clerk to the Honorable Roger Vinson, U.S. District Judge for the Northern District of Florida (1986 to 1988). He specializes in antitrust litigation and has represented plaintiffs and plaintiff classes in numerous antitrust actions. He is co-chair of the firm's Antitrust Practice Group.

Mr. Small has served as lead counsel for the plaintiffs in multiple antitrust class actions. The court appointed Mr. Small lead counsel in *Paper Systems Inc., et al. v. Mitsubishi Corp., et al.*, No. 96-C-0959 (E.D. Wisc.), involving an international conspiracy to fix prices of jumbo roll thermal facsimile paper. The defendants settled for over $20 million, substantially in excess of the $14 million in damages estimated by the plaintiffs' expert. Mr. Small was co-lead counsel for the end-user plaintiffs in *In re Buspirone Antitrust Litig.*, MDL No. 1413 (S.D.N.Y.). The case, which presented monopolization and market allocation claims against a brand name drug manufacturer for delaying generic entry, settled for $90 million. Mr. Small is lead counsel for the plaintiffs in *Pease, et al. v. Jasper Wyman & Son, et al.*, No. CV-00-015 (Super. Ct., Knox Cty., Me.), a price-fixing class action on behalf of Maine wild blueberry growers. The case was tried in November 2003. The jury returned a verdict for the plaintiff class in the amount of $18.68 million,

which after trebling and the addition of attorney fees and other costs, resulted in a judgment of approximately $60 million.

Mr. Small has substantial appellate experience, including briefing and arguing *Free v. Abbott Laboratories*, No. 99-391, in the United States Supreme Court. The case presented the issue of whether a supplemental jurisdiction statute overruled *Zahn v. International Paper Co.* The Court split 4-4, with Justice O'Connor recusing herself. Mr. Small successfully briefed and argued appeals before the Seventh Circuit Court of Appeals in *In re Brand Name Prescription Drug Antitrust Litig.*, 123 F.3d 599 (7th Cir. 1997), on the issue of whether the district court had subject matter jurisdiction, and in *Paper Systems, Inc. v. Nippon Paper Industries Co., Ltd.*, 281 F. 3d 629 (7th Cir. 2002), holding that the federal direct purchaser rule does not immunize a defendant from liability for the direct sales of its co-conspirators. Mr. Small briefed and argued the appeal in *Mack v. Bristol-Myers Squibb Co.*, 1996-1 Trade Cas. (CCH) 71,401 (Fla. 1st DCA 1996), the first opinion construing the Florida Deceptive and Unfair Trade Practices Act to permit indirect purchasers to sue for damages for antitrust violations.

Among the additional antitrust cases on which Mr. Small has worked or is working are: *In re Infant Formula Antitrust Litig.*, MDL No. 878 (N.D. Fla.) (as well as 18 state-court actions on behalf of indirect purchasers of infant formula); *Drill Bits Antitrust Litig.*, No. H-91-627 (S.D. Tex.); *In re Lease Oil Antitrust Litigation*, MDL No. 1206; *In re Lorazepam & Clorazepate Antitrust Litig.*, MDL No. 1290 (D.D.C.); *In re Terazosin Hydrochloride Antitrust Litig.*, No. 99-MDL-1317 (S.D. Fla.); *In re Microsoft Antitrust Litig.*, MDL No. 1332 (D. Md.) (in which he is serving as chair of the experts' committee); *Ferko v. NASCAR*, No. 4:02-CV-50 (E.D. Tex.) (asserting monopolization and group boycott claims regarding the allocation of Winston Cup race dates); and *Rasmussen v. General Motors*, No. 03-CV-1828 (Cir. Ct., Milwaukee Cty., Wisc.), (and related cases in eight other states) (state-wide class actions alleging

conspiracy among auto manufacturers and distributors to maintain dual price system between United States and Canada).

Mr. Small has been admitted to practice in Maryland and the District of Columbia.

## JOSEPH M. SELLERS

Recognized as one of the top 75 lawyers in Washington by the <u>Washingtonian Magazine</u> in 2002 and as one of the top dozen employment lawyers in Washington by <u>The Legal Times</u>, Joseph M. Sellers has been practicing civil rights law for more than 25 years. He heads the firm's civil rights and employment practice and previously, for more than 15 years, served as head of the Employment Discrimination Project of the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Mr. Sellers has represented victims of discrimination individually and through class actions as well as represented employees unlawfully denied overtime wages. He has tried civil rights class actions to judgment before juries and argued more than 25 appeals in the federal and state appellate courts, including the United States Supreme Court. He has served as class counsel, and typically lead counsel, in more than 30 civil rights and employment class actions, including the largest civil rights class action in the history of the United States. Those cases have included:

- <u>Beck, et al. v. Boeing Company</u> (W.D. Wash.) (class of more than 28,000 women employees at Boeing facilities in Washington state – sex discrimination in pay and overtime decisions)

- <u>Conway, et al. v. Deutsch</u> (E.D. Va.) (class of all female undercover case officers at the CIA – sex discrimination in promotions and job assignments)

- <u>Dukes, et al. v. Wal-Mart Stores, Inc.</u> (N.D. Cal.) (class of more than 1.6 million women employees at Wal-Mart stores in the U.S.-- sex discrimination in promotions and pay decisions)

- <u>Johnson, et al. v. Freeh</u> (D.D.C.) (class of African American special agents of the FBI -- racial discrimination in promotion and job assignment decisions)

21

- <u>Keepseagle, et al. v. Venamen</u> (D.D.C.) (class of Native American farmers and ranchers denied credit opportunities by USDA – racial discrimination in equal access to credit)

- <u>Kernan, et al. v. Holiday Universal</u> (D. Md.) (class of African American patrons denied membership at health club chain – racial discrimination in access to place of public accommodation)

- <u>Neal, et al. v. Director, D.C. Dept. of Corrections</u> (D.D.C.) (first sexual harassment class action tried to a jury; class of women correctional employees and women and men subject to retaliation at the D.C. Dept. of Corrections)

- <u>Trotter, et al. v. Perdue Farms</u> (D. Del.) (collective action comprised of chicken processing workers – denial of overtime pay for donning and doffing safety and protective equipment)

Mr. Sellers has also been active in legislative matters. He has testified more than 20 times before committees of the United States Senate and the House of Representatives on various civil rights and employment matters. He also worked on the passage of the Civil Rights Act of 1991 and the Americans with Disabilities Act of 1990.

Mr. Sellers has trained lawyers at the U.S. Equal Employment Opportunity Commission and the U.S. Department of Justice on the trial of civil rights cases and lectured extensively throughout the country on various civil rights and employment topics. He has served as an Adjunct Professor at the Washington College of Law at American University, where he taught a course on Employment Discrimination law, and at the Georgetown University Law Center, where he taught a course on Professional Responsibility.

He served on the Clinton/Gore Transition Team in 1992 and 1993 where he headed the teams reviewing the operations of the EEOC, the Office of the Assistant Attorney General for Civil Rights and various sections of the Civil Rights Division of the Department of Justice. Appointed by the judges of the D.C. Circuit Court of Appeals and the U.S. District Court for the District of Columbia, Mr. Sellers served as a Co-Chair of the Task Force of the D.C. Circuit on Gender, Race and Ethnic Bias.

Mr. Sellers is a professionally-trained mediator and has served as the President of the Washington Council of Lawyers, a bar association in the District of Columbia.

Mr. Sellers received a J.D. from the Case Western Reserve School of Law, where he served as Research Editor of the law review, and a B.A. from Brown University.

MARK S. WILLIS

Mark Willis concentrates on complex litigation involving violations of the federal securities laws.

Mr. Willis obtained a Master's in International Law from Georgetown University in 1993. In February, 1998, he authored Chapter 60 of Securities Law Techniques, titled *Admission of Securities to Official Listing on Stock Exchanges Within the European Union and the Subsequent Disclosure Obligations*. He published a related article in the Fall, 1997 issue of the International Law News, titled *A Brief Overview of the European Union's Efforts to Harmonize the Requirements for Listing Securities*. In February, 1998, Mr. Willis also authored Chapter 196 of Business Organizations with Tax Planning, titled *Company Laws of the European Union*. Mr. Willis graduated from Pepperdine University School of Law in 1989, where he also co-authored a comment entitled *Corporation Code Sections 309 and 1203: California Redefines Directors' Duties Towards Shareholders*, Pepperdine Law Review, Volume 16, No.4(1989). He received his B.A. from Brigham Young University in 1986. Mr. Willis is also listed in The National Registry of Who's Who.

Mr. Willis joined Cohen, Milstein in 1989 and has worked primarily on complex litigation involving the federal securities laws, representing both large institutional investors and small shareholders. Among other notable cases, Mr. Willis has litigated against Caremark International (which was accused of federal medicare fraud and subsequently pled guilty and paid the U.S. Government a fine of approximately $160 million) resulting in a $25 million settlement; National Health Labs, which resulted in a $65 million

settlement; and Nextel Communications which, along with Motorola, recently settled securities fraud claims for $27 million. Mr. Willis has been admitted to practice in the District of Columbia and the Commonwealth of Massachusetts.

## STEPHEN D. ANNAND

Mr. Annand is an accomplished litigator with 28 years of experience in civil litigation in state and federal courts, primarily in Virginia and West Virginia, in the areas of healthcare, product liability, commercial disputes, insurance coverage and bad faith, personal injury and environmental law, among other substantive legal fields. Having served as lead trial counsel in over 50 significant jury trials during his career, he has tried cases lasting four to six weeks, as well as having tried many cases to the court. In addition, he has argued cases before the highest courts of several states, as well as the United States Court of Appeals for the Fourth Circuit. Mr. Annand is a 1972 graduate, *cum laude*, of the Washington and Lee University School of Law, where he was an Editor of the Law Review and a member of the National Moot Court team. He also received an LL.M. degree in 1975 in Environmental Law from the George Washington University National Law Center. He has been a speaker and panel member on numerous occasions on a variety of issues, including HMO practices, medical negligence, environmental law, insurance liability, evidence and trial practice, as well as lectures in brief writing and appellate advocacy in the Lawyers' Role course at the Washington and Lee University School of Law.

Mr. Annand has concentrated for the past 15 years in litigation involving physician medical negligence, hospitals and other healthcare providers, traditional health insurance companies and, more recently, Health Maintenance Organizations. Many of the cases in which Mr. Annand has been involved have proceeded to trial after extensive discovery in technical medical and healthcare issues, including depositions of experts throughout the United States and in England on the substantive legal issues involved

in the litigation, as well as extensive document discovery and complex case management.

Mr. Annand joined CMHT in March, 2000. His substantial litigation experience enhances the ability of CMHT to proceed aggressively with all aspects of litigation in the mass tort, products liability, and personal injury cases in which the firm is involved, including case development, management and discovery, as well as in the courtroom for hearings and trials.

### MARC I. MACHIZ

Marc Machiz is a partner at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Mr. Machiz received his law degree from the University of California at Berkeley (Boalt Hall) in 1978. He joined the Plan Benefits Security Division ("PBS") of the Office of the Solicitor of Labor as a trial attorney in 1978, and was appointed Assistant Counsel for Fiduciary Litigation in 1982. At the start of 1984, he joined Beins, Axelrod and Osborne, P.C. as an associate practicing general labor and Employee Retirement Income Security Act ("ERISA") law on behalf of unions and multi employer plans. In 1986 he returned to the Department of Labor as Counsel for General Litigation at PBS, and from 1988 to 2000 held the position of Associate Solicitor, heading the Division. As Associate Solicitor, Mr. Machiz was the Department of Labor's chief ERISA lawyer with responsibility for all enforcement litigation brought by the Secretary of Labor under the statute, which governs the vast majority of privately sponsored health, welfare and pension plans. He was also responsible for all legal advice under the statute provided to the Pension & Welfare Benefits Administration which administers Title I of ERISA.

Mr. Machiz is well-known for instituting the Department's innovative amicus program which aggressively advocated the Department's views throughout the judicial system on a wide range of ERISA issues ranging from the need to limit ERISA preemption of state worker and consumer protection laws, to the need to strengthen participants' rights and remedies under the Act.

Since joining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in March of 2000, Mr. Machiz has been litigating ERISA class actions involving subject matter including inappropriate pension plan investments, the inappropriate investment in company stock by 401k plans and illegal plan terminations. *E.g., Banyai v. Mazur*, 205 F.R.D. 160 (S.D.N.Y. 2002); *Mehling, et al. v. New York Life Insurance Co., et al.,* No. 99-CV-5417 (E.D. Pa.) (alleging inappropriate pension and 401k plan investments); *In re Williams Company ERISA Litigation* No. 02-CV-153-H (N.D. Okla.) (alleging breach of fiduciary duty regarding 401k plan investment in company stock); *Constance K. Schied v. Dynegy, Inc.*, No. H-02-3076 (S.D. Tex.) (alleging breach of fiduciary duty regarding 401k plan investment in company stock).

Mr. Machiz's expertise in ERISA has been recognized by his colleagues in the ERISA bar who made him Charter Fellow of the American College of Employee Benefits Counsel. Mr. Machiz is a frequent speaker on ERISA issues for, among others, the ABA, ALI-ABA, Glasser Legal Works, Mealy's and PLI, and has served as plaintiffs' co-chair of subcommittees of the Employees Benefits Committee of the ABA's Labor Section.

## PAUL T. GALLAGHER

Paul Gallagher's practice concentrates on complex litigation involving antitrust violations, international commercial violations, and human rights abuses. In the antitrust area, his cases have involved the successful prosecution of litigation against manufacturers of explosives for price-fixing, which resulted in a $70 million settlement; the ongoing prosecution of litigation against Archer Daniels Midland and other manufacturers of high fructose corn syrup for alleged price-fixing; abuse of monopoly claims against United States Tobacco Company and price-fixing claims against Mercedes-Benz and 24 New York region dealers.

In the last several years, Mr. Gallagher has developed an expertise in issues involving international

antitrust litigation.  He played a major part in the International Auction Houses price-fixing litigation, which recently settled for $40 million.  The International Auction Houses Litigation is the first time that a class, comprised solely of non-U.S. citizens, has ever obtained compensation under the U.S. antitrust laws. He also argued and obtained a favorable D.C. Circuit Court of Appeals decision in the International Vitamins Litigation, which has had a significant impact on antitrust jurisprudence and was characterized by one prominent academician as "one of the most expansive antitrust decisions of the last 30 years."

In the human rights area, Mr. Gallagher played a prominent role in the historic litigation against the major Swiss banks for withholding assets deposited by persecutees fleeing the Nazis prior to and during the Second World War, which was settled for $1.25 billion.  He also played an active role in the litigation and resolution of claims against the German government and German industry for, among other claims, the use of persecuted persons to perform slave labor during the War.  That case resulted in a settlement of over $5.2 billion.  Mr. Gallagher was honored by the Government of Poland for his significant contributions to this historic effort.  He also successfully prosecuted human rights litigation against the French banks for their collaborative role with the Nazi Regime, which resulted in multi-million dollar settlements.

Mr. Gallagher graduated from the Marshall-Wythe School of Law of the College of William & Mary in 1992.  He was a member of the William & Mary Law Review, as well as the Law Review of the University of Cincinnati School of Law, where he attended the first year of law school, ranked first in his class, and received several American Jurisprudence Awards for academic excellence.

Mr. Gallagher is admitted to practice in Washington, D.C., Virginia and numerous federal district and circuit courts across the United States.

### LINDA P. NUSSBAUM

Linda P. Nussbaum joined CMHT as the resident partner of the New York City office in March,

27

2001, and is a member of the Antitrust Practice Group. She has had extensive experience practicing in the areas of complex litigation and class actions, with an emphasis in antitrust, securities and employment litigation.

Ms. Nussbaum received her undergraduate degree *magna cum laude* from Brooklyn College of the City University of New York in 1974, where she was a member of Phi Beta Kappa. She received her law degree from the National Law Center, George Washington University, where she graduated *with honors* in 1977. She received an LL.M. degree in Taxation from the New York University School of Law in 1984. Ms. Nussbaum is a member of the American Law Institute.

Ms. Nussbaum is presently lead or co-lead counsel in a number of significant class actions pending throughout the U.S., including *In re Remeron Direct Purchaser Antitrust Litigation*, Master No. 03-CV-0085 (FSH) (D.N.J.); *In re Relafen® Antitrust Litigation*, No. 01-12239 (WGY) (D. Mass.); *In re Microcrystalline Cellulose Antitrust Litigation*, MDL Docket No. 1402; and *In re K-Dur Antitrust* Litigation, MDL Docket No. 1419.

She has recently served as a co-lead counsel in a number of antitrust class actions that have resolved very favorably for the plaintiff class including *In re Lorazepam and Clorazepate Antitrust Litigation*, MDL No. 1290 (D.D.C.), where in approving the settlement Chief Judge Hogan said, "Obviously, the skill of the attorneys, and I'm not going to spend the time reviewing it, I'm familiar with counsel, and they, as I said, are among the best antitrust litigators in the country."; *In re Methionine Antitrust Litigation*, MDL No. 1311 (N.D. Cal.); and on the executive committee of *In re Sorbates Direct Purchaser Antitrust Litigation*, No. C98-4886 (N.D. Cal.).

Ms. Nussbaum has been admitted to practice in New York and the District of Columbia.

<u>STEWART M. WELTMAN</u>

28

Stewart M. Weltman joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as a partner in the Antitrust

Practice Group in December 2002. Prior to joining CMHT, Mr. Weltman had distinguished himself as a

complex litigator in Chicago, Illinois, first as a partner with Much, Shelist, Freed, et al., and over the last

decade as the managing partner and owner of Stewart M. Weltman P.C. During his over 24 years of

practicing as a complex litigator, Mr. Weltman has had the opportunity to represent both individual

plaintiffs, plaintiff classes and defendants in antitrust, securities fraud, consumer fraud, and accounting

malpractice.

Prior to joining CMHT, Mr. Weltman was class counsel in a number of antitrust matters: *Industrial

Gas Antitrust Litigation*, the *Records and Tapes Antitrust Litigation*, and the *Glass Containers Antitrust

Litigation*. He is currently acting as co-lead counsel in: *In re Carbon Black Antitrust Litigation* (MDL

Docket No. 1543); *In re EPDM Antitrust Litigation* (MDL Docket No. 1542); and *In re Pressure Sensitive

Labelstock Antitrust Litigation* (MDL Docket No. 1556). He is also currently litigating *S&M Farm Supply

v. Pharmacia, et al.* (E.D. Mo.), an antitrust class action involving price-fixing and market allocation in the

non-selective herbicide market, including glyphosate. Mr. Weltman also assisted lead partner, Michael

Hausfeld, in the recently completed Choline Chloride price-fixing trial in *In re Vitamins Antitrust

Litigation,* MDL No. 1285 (D.D.C.).

In the area of securities fraud, Mr. Weltman has served as co-lead counsel in a class action that

resulted in an aggregate recovery of approximately $26.5 million from two defendants -- a large Kansas

City law firm and one of the big five accounting firms. He served as Derivative Plaintiffs' Lead Counsel in

a securities fraud and derivative/breach of fiduciary duty case in which a $33 million settlement was

reached with the former directors and officers of the Public Service Company of New Mexico.

Mr. Weltman served as co-lead counsel in *Benfield v. Steindler, et al. and General Electric Co.*, (C-1-92-

729) (S.D. Ohio), a derivative action in which a settlement of $21 million was reached on behalf of the

plaintiffs. He has represented Pacific Life Insurance Company as an individual plaintiff in a securities

fraud action arising out of the Republic Bank failure. While at CMHT, he continues to represent Pacific

Life Insurance Company as an individual plaintiff investor in the WorldCom securities fraud litigation and

is co-lead counsel in *Dloogatch v. Mercury Finance, et al.,* 97 CH 8790 (Circuit Court of Cook County,

Chancery Division).

Mr. Weltman also has served as co-lead counsel in several consumer fraud class action suits,

including *Riverol, et al. v. Disney, et al.* (Florida State Court, Miami), a class action that involved

homeowners whose homes were defectively constructed and that resulted in a settlement of $10.5 million,

and *Shifris v. Novartis Corporation,* 97 CH 3331 (Circuit Court of Cook County, Chancery Division), a

nationwide false advertising/marketing class action that settled in excess of $4 million using fluid recovery.

He has successfully tried or prosecuted to settlement numerous accounting malpractice cases on behalf of

individual clients.

Mr. Weltman graduated from The John Marshall Law School (J.D., *High Distinction*, 1978) where

he was a member of the Law Review. Since graduating from The John Marshall Law School, he has

returned as an adjunct instructor, and as a lecturer and panel member for numerous FDIC and RTC

investigator training seminars. In addition, he has been a lecturer and panel member for AICPA Litigation

Support Section seminars where he has lectured on accountants' liability issues and has demonstrated the

utilization of expert witnesses. Mr. Weltman has also been a lecturer for the Illinois Institute for

Continuing Legal Education on securities fraud litigation and accountants' malpractice and has co-authored

an article for the <u>ABA Antitrust</u> magazine analyzing the Chicago School's influence on the Seventh

Circuit's antitrust jurisprudence as of 1989.

Mr.Weltman is a member of the Illinois Bar and is admitted to practice in numerous federal district

and circuit courts across the United States. He is currently serving as the partner in charge of the firm's

Chicago office.

## CHRISTINE E. WEBBER

Christine E. Webber graduated from Harvard University (A.B., *magna cum laude,* 1988) and the University of Michigan Law School (J.D., *magna cum laude*, 1991, Order of the Coif). Following law school, Ms. Webber clerked for the Honorable Hubert L. Will, United States District Judge for the Northern District of Illinois. Ms. Webber is a member of the bar of Illinois, the District of Columbia, and the United States Courts of Appeals for the Fourth, Ninth and D.C. Circuits.

Prior to joining Cohen, Milstein in 1997, Ms. Webber received a Women's Law and Public Policy fellowship and worked for four years at the Washington Lawyers' Committee for Civil Rights and Urban Affairs in their Equal Employment Opportunity Project. While there she worked on a variety of employment discrimination cases, and focused in particular on the sexual harassment class action *Neal, et al. v. Director, D.C. Department of Corrections, et al.* Ms. Webber participated in the trial of this groundbreaking sexual harassment class action in 1995. Ms. Webber also tried the race discrimination case *Cooper v. Paychex* (E.D. Va.), and successfully defended the plaintiffs' verdict before the Fourth Circuit.

Ms. Webber works in the firm's Civil Rights Practice Group where she represents plaintiffs in class action employment discrimination and Fair Labor Standards Act cases. She is currently representing plaintiffs in *Beck v. The Boeing Co.*, a class action alleging sex discrimination in compensation and promotions, and *Nouri v. The Boeing Co.*, a class action alleging race and national origin discrimination against a group of Asian-Americans, both pending in the Western District of Washington. She was counsel in *Trotter v. Perdue* (D. Del.), representing plaintiffs who were wrongly denied payment of overtime wages, and obtaining a $10 million settlement. She is also representing workers in a similar case against *Tyson Foods, Inc.* Ms. Webber's most recently filed cases are *Hnot v. Willis* (S.D.N.Y.), representing a

31

proposed class of women at the vice-president level and above challenging sex discrimination in

compensation and promotions and *Jenkins v. BellSouth* (N.D. Ala.), representing a proposed class of

African-American employees challenging race discrimination in promotions and compensation.

Ms. Webber is a member of the National Employment Lawyers' Association (NELA) and co-chair

of their Class Action Committee, and is a member of the Board of Advisors for the Annual Review of

Gender and Sexuality Law of the Georgetown Journal of Gender and Law.

The firm's other attorneys are:

### MARLENE F. GIBBONS

Marlene F. Gibbons joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Of Counsel in February,

2000.  Prior to joining CMHT, Ms. Gibbons was a Trial Attorney with the Civil Fraud Section, Civil

Division, United States Department of Justice in Washington, D.C., where she was trial counsel for the

United States in numerous multi-million dollar False Claims Act cases.

Ms Gibbons has practiced extensively in the area of complex civil litigation, with emphasis in

healthcare fraud, federal government program fraud and False Claims Act qui tam (whistle blower) suits.

Ms. Gibbons is part of the CMHT Healthcare Practice Group and also handles qui tam actions on behalf of

relators or whistle blowers.

During her tenure with the Department of Justice, Ms. Gibbons handled healthcare fraud cases

involving medical clinics, durable medical equipment manufacturers and dealers, hospitals, home

healthcare entities, diagnostic services companies and nursing homes.  She also served as Chairperson of a

DOJ national fraud initiative that involved hundreds of healthcare providers around the country and over

$100 million dollars in alleged overcharges to the Medicare program.  Ms. Gibbons also handled cases

involving fraud against HUD, Department of Education, and Environmental Protection Agency programs,

as well as Department of Defense procurement contract mischarging.  Ms. Gibbons was with the Civil

Fraud Section for 12 years.

Ms. Gibbons attended the California State University in Fullerton where she received her B.A. in

1974.  She obtained her law degree from the University of Richmond in 1981.  She was Associate Editor of

the University of Richmond Law Review.  Thereafter, she practiced with the national law firm of Squire,

Sanders and Dempsey in its Washington, D.C. office where she worked in the area of civil litigation.  She

participated in litigation against former officers and directors of insolvent savings and loan associations in

the 1980s, including the action involving Sunrise Savings & Loan Association in Florida that settled for

over $200 million.

### CATHERINE A. TORELL

Ms. Torell's experience lies primarily in federal securities and class action litigation.  Prior to

joining Cohen, Milstein, Ms. Torell was associated with the firm of Entwistle & Cappucci LLP, where she

served as one of co-lead counsel in *In re Providian Financial Securities Litigation*, MDL No. 1301 (E.D.

Pa.) which culminated in a $38 million settlement.  In approving the settlement, the Court remarked on the

"extremely high quality" and "skill and efficiency" of plaintiffs' counsel's work throughout the litigation.

Ms. Torell also was previously associated with Goodkind Labaton Rudoff & Sucharow LLP, where she

served as one of counsel to the New York City Pension Funds in *In re Orbital Sciences Corp. Securities

Litigatio*n, 99-197-A ($22.5 million settlement) in which she defeated defendants' motion to dismiss, and as

one of counsel to the Florida State Board of Administration in *LaPerriere v. Vesta Insurance Group, et al.*,

98-CV-1407, which ultimately resulted in a $61 million settlement.

Ms. Torell received her law degree from St. John's University School of Law where she was the

recipient of the Federal Jurisprudence Award.  Ms. Torell is admitted to practice in New York, the United

States District Courts for the Southern and Eastern Districts of New York and has also been admitted to the United States Court of Appeals for the Sixth Circuit.

## RICHARD A. KOFFMAN

Richard A. Koffman joined CMHT as Of Counsel in April, 2003 and is a member of the Antitrust Practice Group.  He has extensive experience in complex litigation and class actions, with an emphasis in antitrust and civil rights litigation.

Mr. Koffman came to CMHT after four years as a senior trial attorney with the Antitrust and Civil Rights Divisions of the United States Department of Justice.  Prior to joining the Department of Justice, he spent seven years in private practice: first with Fine, Kaplan and Black in Philadelphia, Pennsylvania, working primarily on antitrust class actions and other complex commercial litigation, and then with Bernabei & Katz in Washington, D.C., handling employment discrimination cases.  Mr. Koffman was actively involved in litigating several successful antitrust class actions on behalf of plaintiffs, including *In re Nasdaq Market-Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litigation*, M.D.L. No. 1075 (N.D. Ga.); *In re Commercial Explosives Antitrust Litigation*, MDL No. 1093 (D. Utah); and *In re Drill Bits Antitrust Litigation*, C.A. No. H-91-627 (S.D. Tex.).

Mr. Koffman is a graduate of Yale Law School (J.D., 1990), where he was a Senior Editor of the Yale Law Journal, and Wesleyan University (B.A., *with honors*, 1986).  After law school, he served as a judicial clerk for U.S. District Judge James B. McMillan of the Western District of North Carolina, and for U.S. Circuit Judge Anthony J. Scirica of the U.S. Court of Appeals for the Third Circuit.  Mr. Koffman is a member of the bars of the District of Columbia, the United States Supreme Court, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Court for the Eastern District of Pennsylvania.

<u>SUSAN R. SCHWAIGER</u>

Susan R. Schwaiger joined CMHT as Of Counsel in April 2001 and is a member of the Antitrust Practice Group practicing in the New York City office. She has practiced in the area of complex litigation and class actions, with an emphasis in antitrust, securities and civil rights litigation.

Prior to joining CMHT, Ms. Schwaiger was an associate in litigation at Shearman & Sterling LLP and Pomerantz Haudek Block Grossman & Gross LLP in New York City. At Shearman & Sterling, she was a key member of the litigation team representing Shannon Faulkner and several other women in their successful challenge to the all-male admissions policy of The Citadel Corps of Cadets in Charleston, South Carolina. After a total of 19,000 hours spent over five years of litigation and three appeals, women were admitted to The Citadel and the court awarded $4.6 million in fees to plaintiffs' counsel as a result of the defendants' "scorched earth tactics."

Ms. Schwaiger currently works on a number of major multi-district antitrust litigations, including *In re Lorazepam and Clorazepate Antitrust Litigation*, MDL Docket No. 1290 (D.D.C.); *In re Microcrystalline Cellulose Antitrust Litigation*, MDL Docket No. 1402 (E.D. Pa.); *In re K-Dur Antitrust Litigation*, MDL Docket No. 1419 (D.N.J.); *In re Methionine Antitrust Litigation*, MDL Docket No. 1311 (N.D. Cal.); *In re Buspirone Antitrust Litigation*, MDL Docket No. 1410 (S.D.N.Y.); and *In re Automotive Refinishing Paint Antitrust Litigation*, MDL Docket No.1426 (E.D. Pa.). At the Pomerantz firm she worked on *In re Sorbates Direct Purchaser Antitrust Litigation*, No. C98-4886 (N.D. Cal.), which resulted in the creation of an $82 million partial settlement fund.

Ms. Schwaiger graduated *cum laude* from Brooklyn Law School in 1992, where she was a member of the Brooklyn Law Review. She received her bachelor's degree in 1971 from the University of Tennessee and a master's degree from the University of Kentucky in 1973.

## JACQUELINE E. BRYKS

Jacqueline E. Bryks joined CMHT in January 2002, where she is Of Counsel in the firm's New York City office. She has extensive experience practicing in the area of complex litigation, with a particular emphasis in antitrust, securities, intellectual property and employment matters. Ms. Bryks has been involved in trials before juries and judges as well as in hearings before arbitrators and mediators.

Ms. Bryks received her undergraduate degree from Colgate University in 1985. She received her law degree *magna cum laude* from Brooklyn Law School in 1992, where she was as an Executive Editor of the Law Review. Directly after law school, Ms. Bryks served as a law clerk to the Honorable Leonard D. Wexler, then U.S. District Judge for the Eastern District of New York. Prior to joining CMHT, Ms. Bryks was associated with Sullivan & Cromwell. While at Sullivan & Cromwell, Ms. Bryks was recognized by the Legal Aid Society of the City of New York for her outstanding *pro bono* service.

## STEVEN H. SCHULMAN

Steven Schulman joined CMHT in 2004 as Of Counsel in the antitrust group. A graduate of Brandeis University (B.A., *cum laude,* 1989) and the Northwestern University School of Law (J.D., *cum laude,* 1994), Mr. Schulman came to CMHT after nearly ten years at Latham & Watkins in Washington, DC. He is currently counsel in a number of price-fixing cases, including *In re NBR Antitrust Litigation* (W.D. Penn.).

Mr. Schulman has broad experience in complex antitrust matters. Most recently, he served as counsel to HCA Healthcare defending state antitrust claims in Utah State Court, winning summary judgment for HCA on all counts in a case involving the legality of contracts between hospitals and

managed care organizations.  Mr. Schulman has also acted as counsel on a number of other antitrust

matters, including *FTC v. Libbey* (D.D.C.), *FTC v. Swedish Match* (D.D.C.), *ATI v. Telefonos de Mexico*

(W.D. Tex.) and *Alliant TechSystems v. United Defense* (Minn. Dist. Ct.).

Mr. Schulman also has extensive experience in white collar criminal and corporate investigations.

He represented the Salt Lake Organizing Committee for the Olympic Winter Games of 2002 in its defense

of a federal criminal probe into alleged bribery in connection with the bid for the 2002 Olympic Games.

He also represented the Board of Directors of the Ford Motor Company in its investigation of Explorer

rollovers caused by Firestone tire tread separations.

From 2001-2004, Mr. Schulman served as Latham & Watkins' first Pro Bono Counsel, directing the

world's largest law firm *pro bono* practice.  Under his leadership, Latham more than tripled its *pro bono*

hours, and the firm received a number of awards, including the ABA's Pro Bono Publico Award in 2003.

For his work, Mr. Schulman was featured on the cover of the December 2001 issue of The American

Lawyer.

Mr. Schulman also specializes in international human rights litigation, and has represented more

than two dozen refugees seeking asylum in the United States.  From 2001-2004, he acted as class counsel in

*Flores v. Ashcroft* for all refugee children in the custody of the United States government.  Mr. Schulman

serves on the Washington Council of Human Rights First, the Legal Advisory Board of the Capital Area

Immigrant Rights Coalition, and the ABA Commission on Immigration Practice, Policy and Pro Bono.  He

is also co-chair of the ABA Section of Litigation Pro Bono & Public Interest Committee.

Mr. Schulman is admitted to a number of courts, including the District Court for the District of

Columbia and the United States Court of Appeals for the Fourth Circuit.

### DOUGLAS J. McNAMARA

Douglas J. McNamara graduated from SUNY Albany (B.A., *summa cum laude,* 1992) and New York University School of Law (J.D. 1995). Following law school, Mr. McNamara worked three years at New York City's Legal Aid Society, defending indigent criminal defendants at trial and on appeal. Subsequently, he joined the law firm of Arnold & Porter, specializing in pharmaceutical and product liability cases. He has authored two law review articles: *Buckley, Imbler and Stare Decisis: The Present Predicament of Prosecutorial Immunity and An End to Its Absolute Means*, 59 Alb. L. Rev. 1135 (1996); and *Sexual Discrimination and Sexual Misconduct: Applying New York's Gender-Specific Sexual Misconduct Law to Minors*, 14 Touro L. Rev. 477 (Winter 1998).

Mr. McNamara joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2001, where he practices in the firm's Consumer Products and Antitrust Practice Groups. Mr. McNamara is a member of the New York bar, and admitted in the Southern and Eastern Districts of New York.

### AGNIESZKA M. FRYSZMAN

Agnieszka M. Fryszman is a member of the firm's International Human Rights Practice Group. She graduated from Brown University (A.B. 1986) and Georgetown University Law Center (J .D., *magna cum laude,* 1996, Order of the Coif), where she was a Public Interest Law Scholar. Before joining the firm, Ms. Fryszman was Democratic counsel to the United States House of Representatives Committee on the Judiciary, Subcommittee on Commercial and Administrative Law. She also served as counsel to Representative Henry Waxman, Ranking Member on the House Government Reform and Oversight Committee.

At Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Ms. Fryszman specializes in complex civil litigation. She represented survivors of Nazi-era forced and slave labor against the German and Austrian

companies that enslaved them (the cases were resolved by international negotiations resulting in a multi-billion dollar settlement); victims of human rights abuses by Exxon Mobil's security forces in Indonesia; and the former "comfort women" who were forced into sexual slavery by the Government of Japan during World War II.

Ms. Fryszman has been admitted to practice in New Jersey, Washington, D.C., and the United States District Court for the District of Columbia.

### CHARLES E. TOMPKINS

Charles Tompkins graduated from Colgate University (B.A., *magna cum laude*, 1992) and the University of Virginia School of Law (J.D. 1997). Following law school, Mr. Tompkins was an associate with the Washington, D.C. office of Akin, Gump, Strauss, Hauer & Feld, L.L.P. While at Akin, Gump, Mr. Tompkins focused primarily on complex employment class action litigation.

Since joining Cohen, Milstein, Mr. Tompkins has specialized in representing employees in complex employment actions alleging violations of the Fair Labor Standards Act and the Employee Retirement Income Security Act, as well as in representing plaintiffs in antitrust class actions alleging violations of both federal and state antitrust law. He is currently involved with, among other matters, the following employment litigation: *M.H. Fox, et al. v. Tyson Foods, Inc.,* Case No. CV-99-TMP-1612-M (N.D. Ala.), and *Leona Trotter, et al. v. Perdue Farms, Inc.*, et al., Case No. 99-893-RRM (D. Del.). In addition, Mr. Tompkins is involved in the following antitrust actions: *Nate Pease, et al. v. Jasper Wyman & Son, et al.*, Civil Action No. 00-015 (Knox Cty., Me.), and *Paper Systems, Inc., et al. v. Mitsubishi Corp., et al.*, Civil Action No. 96-C-0959 (E.D. Wisc.).

Recently Mr. Tompkins was involved in the briefing and argument of *Free v. Abbott Laboratories*, No. 99-391, before the Supreme Court of the United States, and in the litigation of *Amo Marine Products,*

*Inc. v. Brunswick Corp.*, Civil Action No. 99 CV 243 (D. Minn.), an antitrust action that was settled successfully in 1999.  Mr. Tompkins has been admitted to practice in New York, Washington, D.C. and the United States District Court for the District of Columbia.

DONNA F. SOLEN

Donna Solen graduated from the Florida State University (B.S., *magna cum laude*, 1994) and obtained her law degree from the University of Florida College of Law (J.D., *with honors*, 1997).  While at the University of Florida, Ms. Solen served as editor-in-chief of the Florida Journal of International Law and was the author of a note entitled *ISO 14000: Emerging International Environmental Law*, 10 Fla. J. Int'l L. 275 (1995) and a comment entitled *Forum Non Conveniens and the International Plaintiff*, 9 Fla. J. Int'l L. (1994).

At Cohen, Milstein, Ms. Solen concentrates on complex litigation and class actions in healthcare and consumer protection matters.  She is currently working on, among other things, *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.) (class action lawsuit for violations of RICO and various state laws brought by individuals and entities against drug manufacturer); *Strugano v. Nextel Communications, Inc., et al*, Case No. 288359 (Superior Court, Los Angeles County, CA) (class action lawsuit alleging violations of the California Business and Professions Code §§ 17200, *et seq.*, breach of contract and breach of implied covenant of good faith and fair dealing for unlawful, unfair and deceptive notice of rate changes to consumers); and Dugan *v. DCI Management Group, Ltd., et al.,* (Superior Court, Santa Clara County, CA) (class action lawsuit alleging violations of the California Business and Professions Code §§ 17200, *et seq.* brought by dry cleaners' customers against dry cleaners for improperly charging non-existent ''environmental tax'').

Ms. Solen is admitted to practice in Florida and the District of Columbia.

### JULIE GOLDSMITH REISER

Julie Goldsmith Reiser graduated from Vassar College (B.A., *with honors*, 1992) and the University of Virginia Law School (J.D. 1997). While in law school, she was a member of the Virginia Journal of Law and Social Policy.

Following law school, Ms. Reiser was an associate at Reed McClure where she focused primarily on healthcare litigation. Ms. Reiser joined Cohen, Milstein in 1999 and has specialized in complex litigation involving violations of the federal securities laws and employment discrimination.

Ms. Reiser has been admitted to practice in Washington and the United States District Court for the Western District of Washington. She was President of the Board of Directors of Seattle Works and chaired the Nominating Committee for the Board of Directors of the Eastside Domestic Violence Program. She also served a term as a Trustee for the Pacific Northwest Ballet. In 1997, Ms. Reiser worked as a Legal Intern for U.S. Senator Patty Murray. In 1999, she co-authored *Antitrust Introduction for the General Practitioner*, a chapter in the Washington Lawyer's Practice Manual.

### VICTORIA S. NUGENT

Before joining Cohen, Milstein, Hausfeld & Toll, P.L.L.C, Victoria Nugent worked for seven years at Public Citizen, a national consumer advocacy organization. During that time, Ms. Nugent worked on many legislative and regulatory campaigns addressing issues that ranged from automobile safety to international trade policy. Following her graduation from law school, Ms. Nugent received a two-year fellowship to undertake consumer rights litigation at Trial Lawyers for Public Justice (TLPJ), sponsored by the National Association for Public Interest Law (NAPIL). As a NAPIL Fellow, she helped develop and prosecute impact litigation in the areas of arbitration, banking, credit and insurance including: *Crawford v. Cavalier Homes*, challenging the validity of a mandatory arbitration provision that would effectively deny

the owner of a defective mobile home any opportunity to present his contract and warranty claims and *Wells v. Chevy Chase Bank*, representing a class of credit cardholders whose interest rates and service fees were raised in violation of the terms of their cardholder agreements.

Since joining Cohen, Milstein in 2000, Ms. Nugent has focused on consumer protection and public health litigation including: *In re StarLink Product Liability* Litigation, representing farmers whose corn crop was devalued as a result of the StarLink corn incident; Barbanti *v. W.R. Grace*, representing homeowners asserting product liability claims against a manufacturer of asbestos attic insulation (Washington state court); *Grenfell v. W.R. Grace*, requesting medical monitoring based upon community-wide environmental contamination (Montana federal district court); *Chavers v. Fleet Bank*, asserting breach of contract and deceptive trade practices claims where the bank failed to honor fixed interest rates for balance transfers (Rhode Island federal district court); and, *Christian v. Sony Corporation*, bringing U.C.C. contract claims against the manufacturer of defective computers (Minnesota federal district court). She continues to serve as lead counsel in *Crawford v. Cavalier Homes.*

Ms. Nugent is a 1991 graduate of Wesleyan University and a 1998 graduate of Georgetown University Law Center. She is admitted to practice in the District of Columbia and Maryland.

## JENNY R. YANG

Jenny R. Yang joined the firm's civil rights and employment discrimination practice as an associate in 2003. Ms. Yang graduated from Cornell University (B.A., *with distinction,* 1992) and New York University School of Law (J.D., *cum laude,* 1996) where she was a Root-Tilden Public Interest Scholar and a member of the editorial board of the Law Review. Following law school, Ms. Yang clerked for the Honorable Edmund Ludwig on the United States District Court for the Eastern District of Pennsylvania.

Prior to joining the firm, Ms. Yang was a Senior Trial Attorney with the United States Department of Justice, Civil Rights Division, Employment Litigation Section, where she enforced federal employment discrimination laws against state and local governments for five years. She has litigated cases involving discrimination based on race, sex and national origin. In addition, Ms. Yang coordinated a Division-wide working group on national origin discrimination, which included an initiative to combat post-9/11 discriminatory backlash. Before her work at the Department of Justice, Ms. Yang received a community service fellowship to work at the National Employment Law Project in New York City, a non-profit organization focusing on low-wage workers' rights. While there, she worked on ground breaking joint employer liability litigation to hold garment manufacturers liable for unpaid wages owed to garment workers under the Fair Labor Standards Act.

Ms. Yang is a member of the bar of New York and New Jersey. From 2001-2003, she served as a government fellow for the American Bar Association, Labor and Employment Section, Equal Employment Opportunity Committee.

### BRIAN A. RATNER

Since joining Cohen, Milstein in early 2001, Brian Ratner has specialized in complex antitrust litigation. Mr. Ratner has worked extensively on the matter of *In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.) on behalf of two certified classes of bulk vitamin direct purchasers who were overcharged as a result of a ten-year global price-fixing conspiracy. Mr. Ratner acted as one of the lead associates in a recent trial in the case before Chief Judge Hogan of four of Class Plaintiffs' remaining unsettled Vitamin B4 (choline chloride) claims. At the conclusion of the trial, a federal jury unanimously found in favor of the Class, awarding them $148,617,702 in trebled damages. The National Law Journal ranked this verdict as the fifth largest in 2003.

43

Mr. Ratner is also currently involved in, among other matters: *Empagran, S.A., et al. v. F. Hoffmann-LaRoche, Ltd., et al.,* Case No. 1:00 CV01686 (D.D.C.) (alleging global vitamins price-fixing and market allocation conspiracy on behalf of foreign purchasers -- case is on appeal); *Oncology & Radiation Associates, P.A. v. Bristol-Myers Squibb Co., et al.,* Civil Action No. 1:01CV02313 (D.D.C.) (Judge Sullivan finally approved settlement of $65.8 million in August 2003 in case alleging anticompetitive conduct regarding the ovarian cancer brand drug Taxol); and *In re Microsoft Corp. Antitrust Litigation,* MDL No. 1332 (D. Md.) (alleging monopolization of personal computer software).

Prior to joining Cohen, Milstein, Mr. Ratner worked for Jones, Day, Reavis & Pogue where he focused on complex civil and commercial litigation, corporate securities litigation, and antitrust. Specifically, he performed merger clearance and corporate counseling antitrust work related to the CBS/Viacom and AOL/Time Warner mergers.

Mr. Ratner graduated from Indiana University--Bloomington with a B.A. in Journalism (B.A.J., 1996) and a second major in Political Science. At Indiana, he was a member of the Mortar Board National Honor Society, did undergraduate work at Hebrew University in Jerusalem, Israel, and worked on several political campaigns including the re-election campaign of former U.S. Senator Harris Wofford (D-PA). In 1999, he obtained his law degree from the University of Pittsburgh School of Law (J.D., 1999) where he was the Managing Editor of the Journal of Law and Commerce. During law school, Mr. Ratner clerked for the Hon. Donetta W. Ambrose, U.S. District Court Judge for the Western District of Pennsylvania.

### MEGAN E. JONES

Megan E. Jones joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2001. Prior to coming to the firm, Ms. Jones litigated intellectual property matters and represented clients before Congress at a Washington, D.C. law firm. While there, she authored several publications and presentations on Internet

regulation.

At Cohen, Milstein, Ms. Jones concentrates on antitrust litigation. She is currently involved in, among other matters: *Worldwide Basketball and Sport Tours, Inc., et al. v. Nat'l Collegiate Athletic Ass'n*, Civ. Act. No. C-2-00 1439 (S.D. Ohio); *In re Graphite Electrodes Antitrust Litigation*, No. 97-CV-4182 (E.D. Pa.); and *In re Cigarettes Price-Fixing Litigation*, MDL No. 1342 (N.D. Ga.).

She received her B.A. in English from North Carolina State University in Raleigh, N.C. in 1995 (*magna cum laude*) and J.D. from the University of North Carolina at Chapel Hill School of Law in 1999. During law school, she served as Article and Notes Editor of the Journal of the North Carolina Banking Institute. In 1999, she was published in the journal as well. In addition, she competed as a member of the National Civil Trial Team. Ms. Jones also clerked for the Committee on the Judiciary, U.S. House of Representatives.

She is a member of the Computer Law Association, the North Carolina Bar Association and the American Bar Association. Also, she serves as an Executive Subcommittee Member of the ABA Young Lawyer Division's Children and the Law Committee. She is admitted to practice in the state of North Carolina and the District of Columbia.

### JOSHUA S. DEVORE

Joshua Devore graduated from Rice University in Houston, TX in 1997 with a bachelor's degree in chemistry, and obtained his law degree from the Georgetown University Law Center in 2000. While at Georgetown, Mr. Devore served as an executive editor of the Georgetown International Environmental Law Review. Mr. Devore is co-author of *State Court Class Actions: Trends and Issues*, in National Institute on Class Actions, C-I (ABA CLE 1999).

At Cohen, Milstein, Mr. Devore concentrates on complex litigation and class actions in securities-

45

related matters.  He has actively participated in a number of actions which resulted in substantial recoveries for investors, including *In re Lucent Technologies, Inc. Securities Litigation* (recovery of approximately $575 million) and *In re PSINet, Inc. Securities Litigation* (recovery of $17.833 million).  He is currently working on several active securities fraud actions, including actions against securities industry analysts for issuing misleading analyst reports, as well as numerous issuers of securities for misleading investors.

Mr. Devore is admitted to practice in D.C. and Virginia.

## JUSTINE J. KAISER

Justine Kaiser joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2001.  She focuses primarily on antitrust litigation and is currently working on, among other things, *In re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y) (involving the drug BuSpar); *Ivax Corp. v. Akzo Nobel Chemicals B.V.,* Case Nos. 01-1714, 02-0593 (D.D.C.) (involving organic peroxide chemicals); *In re Terazosin Hydrochloride Antitrust Litigation*, MDL No. 1317 (S.D. Fla.) (involving the drug Hytrin); and the Canadian Auto Litigation filed in numerous state courts across the country alleging anticompetitive conduct among automobile manufacturers.  Ms. Kaiser is also involved in the off-label promotion lawsuit against Pfizer, Inc. involving its blockbuster drug Neurontin, *In re Neurontin Marketing and Sales Practices Litigation*, MDL No. 1629.  Ms. Kaiser's *pro bono* work includes the representation of children as a *guardian ad litem* in D.C. Superior Court.  Prior to joining the firm, Ms. Kaiser served as a judicial law clerk to the Honorable James P. Salmon, Court of Special Appeals for the State of Maryland (2000-2001).

Ms. Kaiser graduated *cum laude* from The American University Washington College of Law in 2000, and graduated *with honors* in 1995 from Lehigh University.  While in law school, Ms. Kaiser served as a staff member on The American University Law Review and represented indigent clients in Landlord Tenant Court in D.C. Superior Court as part of the D.C. Law Students in Court Clinic.

Ms. Kaiser is admitted to practice in Maryland and the District of Columbia.

## R. JOSEPH BARTON

Joseph Barton joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2001. He focuses primarily on antitrust, securities and ERISA litigation. Prior to joining the firm, Mr. Barton served as a judicial law clerk to the Honorable Lenore C. Nesbitt, United States District Judge for the Southern District of Florida (2000-2001).

Mr. Barton received his undergraduate degree from the College of William & Mary (B.A. 1991) and graduated Order of the Coif from the College of William & Mary, Marshall-Wythe School of Law (J.D. 2000). At William & Mary Law School, Mr. Barton received the Lawrence W. I'Anson Award for outstanding student scholarship, character and leadership, the William B. Spong Award for professionalism and ethics, the Robert R. Kaplan Award for excellence in legal writing and Order of the Barristers. He served on the editorial board of the William & Mary Law Review and was a staff member of the William & Mary Bill of Rights Journal.

Mr. Barton is the author of *Drowning in a Sea of Contract: Application of the Economic Loss Rule to Fraud and Negligent Misrepresentation Claims*, 41 Wm. & Mary L. Rev. 1789 (2000), and *Utilizing Statistics and Bellwether Plaintiff Trials: What do the Constitution and the Federal Rules of Civil Procedure Permit?*, 8 Wm. & Mary Bill Rts. J. 199 (1999). Prior to law school, Mr. Barton worked as a paralegal for Cohen, Milstein, Hausfeld & Toll, P.L.L.C. from 1992 through 1997 and worked at the firm as a summer associate in 1998.

Mr. Barton is licensed to practice in the State of California and the District of Columbia. He is a member of the Association of Trial Lawyers of America and the American Bar Association.

## ADAM T. SAVETT

Adam T. Savett joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. He concentrates on complex litigation and class actions in securities-related matters.

He has actively participated in a number of actions which resulted in substantial recoveries for investors, including *In re Lucent Technologies, Inc. Securities Litigation* (recovery of approximately $575 million); *In re BankAmerica Corp. Securities Litigation* (recovery of $490 million); *In re Resource America Corporation Securities Litigation* (recovery of $7.425 million); *In re Unisys Corporation Securities Litigation* (recovery $5.75 million), *In re InterBank Funding Corp. Securities Litigation* (settlement with individual defendant valued at $4.5 million). He is currently working on, among other things: *In re VeriSign Corp. Securities Litigation*, Master File No. C-02-2270 (N.D. Cal.); *In re Sirius Satellite Radio Securities Litigation*, No. 01-CV-10863 (S.D.N.Y.); *In re Interpool, Inc. Securities Litigation*, 3:04-CV-321 (D. N.J.); *Williams v. Virbac Corporation (In re Virbac Corp. Securities Litigation)*, Civil Action No. 4:03-CV-1461-Y (N.D. Tex.); and *In re Datatec Systems Inc. Securities Litigation*, Civ No. 04-525 (D. N.J.). Before joining the firm in 2003, Mr. Savett practiced complex commercial litigation at Finkelstein, Thompson & Loughran in Washington, D.C. and Savett Frutkin Podell & Ryan, P.C. in Philadelphia, Pennsylvania, primarily representing plaintiffs in class action litigation.

Mr. Savett graduated from The American University in Washington, D.C. in 1997 with a bachelors degree in broadcast journalism, and obtained his law degree from the Villanova University School of Law in 2000. In 2005, he co-authored an article, *Current Trends In Motion Practice In Federal Securities Class Actions*, for the 23rd Annual Institute on Federal Securities, a CLE program co-sponsored by Glasser Legal Works and the Business Law Section of the Florida Bar. In 2004, Mr. Savett co-authored another article, *Some Recent Developments in Securities Litigation*, for the 22nd Annual Institute on Federal Securities. Mr. Savett is a member of the Pennsylvania, New Jersey, and D.C. bars and is admitted to practice before the United States Court of Appeals for the D.C. Circuit and the United States District Courts for the Eastern

District of Pennsylvania, the District of New Jersey, and for the District of Columbia. He is also a member of the American and Pennsylvania Bar Associations.

<u>JAMES J. PIZZIRUSSO</u>

James Pizzirusso graduated *summa cum laude* from the University of Tennessee-Knoxville with a B.A. in environmental policy. While at UT, he was a Whittle Scholar, a member of Phi Beta Kappa and earned the prestigious Torchbearer award for outstanding service to the University. He also interned for the AFL-CIO and worked on several political campaigns.

In 2001, Mr. Pizzirusso obtained his *juris doctor* from George Washington University Law School, *with honors*. He was a member of the Environmental Lawyer journal and published two notes: *Increased Risk, Fear of Disease and Medical Monitoring: Are Novel Damage Claims Enough to Overcome Causation Difficulties in Toxic Torts?* (Vol. 7-1, 2000) and *Nondelegation Doctrine and the Clean Air Act: Putting the Brakes on American Trucking* (Vol. 7-3, 2001). Mr. Pizzirusso also led a litigation team that won the liability portion of a $9 million vaccine injury case. *See Dela Rosa v. Sec'y of HHS*, No. 93-433V, 2001 WL 1056928 (Fed. Cl. Aug 14, 2001).

Mr. Pizzirusso has been a panelist at legal education seminars on various topics, including: *Animal Law: Perspectives on its Past, Present, and Future*, "Consumer Protection Statutes." (April 17, 2004, Washington, DC) and *The 21st Annual Public Interest Environmental Law Conference*, "Using Private Litigation for Public Interest Goals," (March 7, 2003, Eugene, OR).

Mr. Pizzirusso currently concentrates his practice on products liability, toxic torts and consumer protection litigation. Some of his active cases involve injuries due to Hormone Replacement Therapy and Vioxx, as well as consumer fraud involving faulty iPod players, "light" cigarettes, and arsenic-treated wood.

Mr. Pizzirusso is currently licensed to practice in the District of Columbia, Virginia and the Fourth Circuit Court of Appeals. He is active in the Association of Trial Lawyers of America (ATLA), Trial Lawyers for Public Justice (TLPJ) and is a co-founder of the Vegetarian Legal Action Network (VLAN).

## BRENT W. LANDAU

Brent W. Landau joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2002. He focuses primarily on antitrust and consumer protection litigation. Prior to joining the firm, Mr. Landau served as a judicial law clerk to the Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania.

Mr. Landau graduated from the State University of New York at Binghamton (B.A., *summa cum laude,* 1998), where he became a member of Phi Beta Kappa, and obtained his law degree from Harvard Law School (J.D., *cum laude,* 2001). While in law school, he was co-chairperson of the Tenant Advocacy Project and a supervising editor of the Harvard Journal on Legislation.

Mr. Landau is the author of *State Employees and Sovereign Immunity: Alternatives and Strategies for Enforcing Federal Employment Laws,* 39 Harv. J. on Legis. 169 (2002), and *State Bans on City Gun Lawsuits,* 37 Harv. J. on Legis. 623 (2000). He is admitted to practice in New York and the District of Columbia.

## MARKA A. PETERSON

Marka Peterson joined Cohen, Milstein, Hausfeld & Toll in 2003. She works primarily on class action litigation in the areas of securities fraud, consumer protection, and ERISA.

Before coming to the firm, Ms. Peterson served as the Fuchsberg Litigation Fellow at Public Citizen Litigation Group in Washington, D.C., where she litigated consumer and citizens' rights cases. Prior to law

school, Ms. Peterson worked for the Union of Needletrades, Industrial and Textile Employees running

public campaigns on behalf of textile workers, and conducting shareholder activities on behalf of the

union's pension funds.

Ms. Peterson received her undergraduate degree from Grinnell College (B.A., *with honors*, Phi Beta

Kappa, 1989), and her law degree from New York University (J.D., Order of the Coif, 2001). Following

law school, Ms. Peterson clerked for the Honorable Stephanie K. Seymour, United States Court of Appeals

for the Tenth Circuit. Ms. Peterson has been admitted to practice in Washington, D.C. and Texas.

## STEIG D. OLSON

Steig Olson joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. His practice

currently concentrates on the representation of plaintiffs in class actions alleging violations of federal

antitrust law. Prior to joining Cohen, Milstein, Mr. Olson clerked for the Honorable Barrington D. Parker,

Jr. of the United States Court of Appeals for the Second Circuit, and the Honorable Vaughn R. Walker of

the United States District Court for the Northern District of California. He graduated from the Harvard

Law School, *magna cum laude*, (J.D. 2001), and Vassar College (B.A., Philosophy, 1997).

## SEAN K. MCELLIGOTT

Sean K. McElligott joined Cohen, Milstein, Hausfeld & Toll P.L.L.C. as an associate in 2004. He

specializes in representing plaintiffs in antitrust class actions alleging violations of federal antitrust law.

Prior to joining Cohen, Milstein, Mr. McElligott was an associate with the New York office of Simpson

Thacher & Bartlett LLC where he focused primarily on complex securities litigation. He graduated from

Trinity College (B.A., Philosophy, 1996) and the Yale Law School (J.D. 2001).

Mr. McElligott is currently involved with, among other matters, the following antitrust litigation: *North Shore Hematology-Oncology Associates, P.C. v. Bristol-Meyers Squibb Co.*, Case No. 1:04CV00248 (D.D.C.) and *In re Rubber Chemicals Antitrust Litigation*, No. C-03-1496 (N.D. Cal.).

Mr. McElligott is admitted to practice in New York, Massachusetts and the United States District Court for the District of Massachusetts.

## LAINA C. WILK

Laina Wilk began at the firm in 2001, working as a contract attorney on a variety of cases, including a pro bono project representing Pentagon victims and families before the September 11th Victim Compensation Fund. She returned to the firm as an associate in 2004. She focuses on antitrust and international litigation. From 2002-04, Ms. Wilk clerked for the Honorable Gregory A. Presnell of the U.S. Court for the Middle District of Florida.

Ms. Wilk graduated *magna cum laude* in 2001 from American University, Washington College of Law. Prior to law school, Ms. Wilk served as an Editor for The Carter Center in Atlanta, Georgia. While in law school, Ms. Wilk was a Note & Comment Editor on the Law Review, and worked for attorney Michael Tigar. In 1996, she graduated from Bucknell University, and was inducted into Phi Beta Kappa.

Ms. Wilk is admitted to practice in Maryland and the District of Columbia.

## CHRISTOPHER J. CORMIER

Christopher J. Cormier joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. He focuses primarily on antitrust litigation.

Mr. Cormier graduated from the University of Virginia (B.A. 1999) and from The American University's Washington College of Law (J.D., *magna cum laude,* 2002). While in law school, Mr.

Cormier served as a judicial intern to the Honorable Deborah K. Chasanow, United States District Court for the District of Maryland. Also during law school, he served as a legal extern in the Antitrust Division of the United States Department of Justice.

Mr. Cormier currently is involved in, among other matters, the following antitrust cases: *In re Relafen Antitrust Litigation,* Case No. 01-2239 (D. Mass. ); *In re Remeron Antitrust Litigation,* Case No. 03-CV-0085 (D.N.J.); and *Nate Pease, et al., v. Jasper Wyman & Son, et al.,* Civil Action No. 00-015 (Knox Cty., Me.).

Prior to joining the firm, Mr. Cormier worked as an associate at a large Baltimore, Maryland law firm where he primarily focused on commercial litigation matters, including antitrust, contracts, and insurance coverage.

Mr. Cormier is admitted to practice only in Maryland. Supervised by principals of the firm.

## MICHAEL W. BYRNE

Mr. Byrne joined Cohen, Milstein, Hausfeld & Toll P.L.L.C. as an associate in 2004. He focuses primarily on antitrust litigation. Prior to joining the firm, Mr. Byrne served as a Judicial Law Clerk to the Honorable Robert J. Kapelke, Judge for the Colorado Court of Appeals.

Mr. Byrne received his undergraduate degree from The University of Virginia (B.A. 1997) and graduated *With Honors* from The George Washington University Law School (J.D. 2002). While at The George Washington University Law School, Mr. Byrne was a staff member of the International Law Review and performed research for the National Committee to Prevent Wrongful Executions. Also while attending law school, Mr. Byrne was a summer associate at Dorsey & Whitney, LLP, in Denver, Colorado, and served as a Judicial Intern to the Honorable Peter H. Ney, Judge for the Colorado Court of Appeals.

Mr. Byrne is licensed to practice law only in the state of Colorado. Supervised by principals of the firm.

## LLEZLIE L. GREEN

Llezlie L. Green joined the firm's Civil Rights and Employment Discrimination group as an associate in 2004. Ms. Green graduated from Dartmouth College (B.A., *cum laude, with honors,* 1997) and Columbia Law School (J.D., 2002), where she was a Harlan Fiske Stone Scholar. At Columbia, Ms. Green was active in the Black Law Students Association, participated in the Human Rights Clinic, and served as an Articles Editor for the Columbia Human Rights Law Review. She authored a Note entitled, *Gender Hate Propaganda and Sexual Violence in the Rwandan Genocide: An Argument for Intersectionality in International Law,* 33 Colum. Hum. Rts. L. Rev. 733 (2002). Ms. Green also interned at the Center for Constitutional Rights and the NAACP Legal Defense and Educational Fund.

Prior to joining Cohen, Milstein, Ms. Green worked for Wilmer Cutler & Pickering, where she focused on complex litigation and securities investigations and worked on various civil rights and international human rights *pro bono* projects. Ms. Green then clerked for the Honorable Alexander Williams, Jr. on the United States District Court for the District of Maryland.

Ms. Green is a member of the bars of New York, the District of Columbia, and the United States Court of Appeals for the Fourth Circuit.

## MATTHEW K. HANDLEY

Matt Handley joined Cohen, Milstein, Hausfeld & Toll, PLLC in 2004. Prior to coming to the firm, Mr. Handley was a litigation associate at Covington & Burling in Washington, D.C. He began his legal

career as a law clerk for the Honorable William Wayne Justice, United States District Judge for the Eastern

District of Texas.

Mr. Handley attended the University of Texas School of Law where he graduated with *high honors*

in 2002 and was selected for the Order of the Coif and Chancellors Honor Society. While at the University

of Texas, he was an Articles Editor for the Texas Law Review and author of "Why Crocodiles, Elephants,

and American Citizens Should Prefer Foreign Courts: A Comparative Analysis of Standing to Sue," 21 *Rev.*

*Litig.* 97 (2002).

Before attending law school, Mr. Handley served two years as a Peace Corps Volunteer in Nepal,

working as a rural construction engineer. He received a B.S.E. in Civil and Environmental Engineering

from Princeton University in 1997.

Mr. Handley is admitted to the Bar in New York and the District of Columbia.

<u>JASON M. LEVITON</u>

Mr. Leviton joined Cohen, Milstein, Hausfeld & Toll as an associate in December 2004. His

practice focuses on investigating and litigating fraud claims on behalf of individual and institutional

investors. Prior to beginning his tenure with CHMT, Mr. Leviton was employed as a securities class-action

attorney with Milberg Weiss Bershad & Schulman LLP. In addition, Mr. Leviton gained valuable

securities experience as the inaugural LL.M. student selected for an externship with the Division of

Enforcement at the Securities and Exchange Commission in Washington, D.C.

Mr. Leviton received his undergraduate degree (B.A., 2000) and law degree (J.D., *cum laude*, 2003)

from Gonzaga University. While in law school, he won the Linden Cup Moot Court competition and was a

member of the Editorial Board of the Across Borders International Law Journal. Mr. Leviton also received

a Master of Laws (LL.M., *Dean's Certificate*, 2004) in Securities and Financial Regulations from the

Georgetown University Law Center.  He is admitted to practice law in the State of Washington, Western

District of Washington, and Florida.

### REENA GAMBHIR

Reena Gambhir joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2004.  She

focuses primarily on antitrust litigation.

Ms. Gambhir graduated from Boston College, *cum laude,* in 1999 and received her Master of Arts

from the University of Chicago in 2000.  She obtained her law degree from George Washington University,

*with honors,* in 2004.

Prior to joining the firm, Ms. Gambhir served as a summer associate and law clerk at Cohen,

Milstein, Hausfeld & Toll.  Ms. Gambhir also served as a law clerk at the Public Defenders Service for the

District of Columbia and the Washington Legal Clinic for the Homeless.  In addition, Ms. Gambhir studied

in the International Human Rights Law program at Oxford University, and was a student attorney in the

International Human Rights Clinic at the George Washington University Law School.  Ms. Gambhir also

served as Co-President of the South Asian Law Students Association.

Ms. Gambhir is admitted in Massachusetts only.  Not admitted in D.C.

### ANDREA HERTZFELD FULOP

Andrea Hertzfeld Fulop joined Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. as an associate in 2004.

She focuses primarily on antitrust litigation.

Ms. Hertzfeld Fulop received a B.A. with University Honors in Economics from Bowling Green

State University in Bowling Green, Ohio in 2000 (*summa cum laude*), where she was a Frazier Reams

Scholar and became a member of Phi Beta Kappa. She obtained her law degree from Harvard Law School in 2004 (J.D.), where she served as an article editor on the Women's Law Journal.

Prior to joining the firm as an associate, Ms. Hertzfeld Fulop worked as a summer associate at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2003. She also worked as a legal intern at the United States Attorney's Office in Boston, Massachusetts.

Admitted in Ohio only. Not admitted in D.C.

## VALERIE G. ESCH

Valerie Esch joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2002 as a Civil Rights Staff Attorney. She manages the investigation of potential civil rights cases and assists in employment discrimination litigation.

Ms. Esch graduated from North Carolina State University in Raleigh, N.C. (B.A., *with honors*, 1997) and obtained her law degree from the University of Baltimore School of Law (J.D. 2001). While in law school, Ms. Esch served as Manuscript Editor of the University of Baltimore's Law Forum and was the author of a Recent Development entitled *Attorney Grievance Commission of Maryland v. Painter*, 30.1 U. Balt. L.F. 72 (2000). Ms. Esch also served as a student attorney for the University of Baltimore School of Law, Family Law Clinic in the Spring of 2001.

Ms. Esch is admitted to practice law in Maryland.