IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., AND THOMAS D. DAVIS,<br>         Defendants. | :<br>:<br>:<br>: C.A. No. 05-256-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

[additional captions on the following pages]

**MOTION OF THE FEHRENBACHER SHAREHOLDER GROUP FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD COUNSEL, AND APPROVAL OF PROPOSED LEAD PLAINTIFFS' SELECTION OF <u>LEAD COUNSEL</u>**

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated,      :<br>:<br>                                        Plaintiff,   :<br>:<br>            -against-                      :<br>:<br>:<br>XYBERNAUT CORPORATION, EDWARD G. :<br>NEWMAN, STEVEN A. NEWMAN, M.D., and :<br>THOMAS D. DAIVS                          :<br>                                        Defendants.  : | C.A. No. 05-222-SLR |

| | |
|---|---|
| MOSHE TAL, Individually and On Behalf Of :<br>All Others Similarly Situated,             :<br>:<br>                                        Plaintiff,   :<br>:<br>            -against-                      :<br>:<br>:<br>XYBERNAUT CORPORATION, EDWARD G. :<br>NEWMAN, STEVEN A. NEWMAN, M.D., and :<br>THOMAS D. DAVIS,                         :<br>                                        Defendants.  : | C.A. No. 05-242-SLR |

| | |
|---|---|
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>       Defendants. | C.A. No. 05-268-SLR |
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN and GRANT THORNTON, LLP,<br>       Defendants. | C.A. No. 05-310-SLR |

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>      Defendants. | C.A. No. 05-334-JJF |
| CHARLES W. SMITH, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>      Defendants. | C.A. No. 05-354-SLR |

Shareholders Michael Fehrenbacher, Anandamoy Sahoo, Hamed Hashem Alsabbagh, Ghaith Hashem Alsabbagh, and Rabab Hamed Naji ("Movants" or the "Fehrenbacher Shareholder Group"), respectfully submit this motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for an order: (i) consolidating the above-titled and related actions, (ii) appointing Movants as Lead Plaintiffs in this action and (iii) approving Movants' selection of the law firms of Chimicles & Tikellis LLP ("Chimicles") and Sarraf Gentile LLP ("Sarraf") as Co-Lead Counsel for the Class.

This Motion is based on the brief filed concurrently herewith, the Affidavit of Robert R. Davis, the exhibits appended hereto, and the Court's complete files and records in this action, as well as any oral argument the Court may request on this Motion.

Dated: June 14, 2005                    CHIMICLES & TIKELLIS LLP

                                        _____
                                        Pamela S. Tikellis (#2172)
                                        Robert J. Kriner (#2546)
                                        A. Zachary Naylor (#4439)
                                        Robert Davis (#4536)
                                        One Rodney Square
                                        P.O. Box 1035
                                        Wilmington, Delaware 19899
                                        (302) 656-2500

                                        Proposed Lead Delaware Counsel

OF COUNSEL:

Sarraf Gentile LLP
Ronen Sarraf (of the New York bar)
Joseph Gentile (of the New York bar)
111 John Street, 8th Floor
New York, NY 10038

Proposed Lead Counsel

Bruce Murphy, Esq.
265 Llwyds Ln.
Vero Beach, Florida 32963
(772) 231-4202