IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., AND THOMAS D. DAVIS,<br>Defendants. | C.A. No. 05-256-SLR |

[additional captions on the following pages]

**SECOND AFFIDAVIT OF ROBERT R. DAVIS IN SUPPORT OF THE ALSABBAGH FAMILY'S (F/K/A THE FEHRENBACHER SHAREHOLDER GROUP) ANSWERING BRIEF IN OPPOSITION TO THE JAMES GROUP'S, XYBERNAUT INVESTORS GROUP'S, AND AL MESNAD GROUP'S MOTIONS FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFFS, AND APPROVAL OF <u>PROPOSED LEAD PLAINTIFFS' SELECTION OF COUNSEL</u>**

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>-against- :<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAIVS :<br>Defendants. : | C.A. No. 05-222-SLR |
| MOSHE TAL, Individually and On Behalf Of All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>-against- :<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, :<br>Defendants. : | C.A. No. 05-242-SLR |

| | |
|---|---|
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>           -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>                               Defendants. | C.A. No. 05-268-SLR |

| | |
|---|---|
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>           -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN and GRANT THORNTON, LLP,<br>                               Defendants. | C.A. No. 05-310-SLR |

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated, : : : : : : Plaintiff, : : -against- : : : XYBERNAUT CORPORATION, EDWARD G. : NEWMAN, STEVEN A. NEWMAN, M.D., : THOMAS D. DAVIS, BRUCE C. HAYDEN and : GRANT THORNTON, LLP, : Defendants. : | C.A. No. 05-334-JJF |
| CHARLES W. SMITH, Individually and On Behalf Of All Others Similarly Situated, : : : Plaintiff, : : -against- : : : XYBERNAUT CORPORATION, EDWARD G. : NEWMAN, STEVEN A. NEWMAN, M.D., : THOMAS D. DAVIS, BRUCE C. HAYDEN and : GRANT THORNTON, LLP, : Defendants. : | C.A. No. 05-354-SLR |

I, Robert R. Davis, hereby declare as follows:

1. I am counsel for Hamed Hashem Alsabbagh, Ghaith Hashem Alsabbagh, and Rabab Hamed Naji (the "Alsabbagh Family" herein).

2. The Alsabbagh Family seeks appointment as Lead Plaintiffs pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned action (the "Action").

3. I submit this Affidavit, together with the attached exhibit, in support of the Alsabbagh Family's Answering Brief in Opposition to the James Group's, Xybernaut Investors Group's, and Al Mesnad Group's Motions for Consolidation of All Related Actions, Appointment of Lead Plaintiffs, and Approval of Proposed Lead Plaintiff's Selection of Counsel. I am fully familiar with the facts set forth herein.

Attached hereto as the exhibit indicated is a true and correct copy of Exhibit A: Supplemental Loss Chart.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct. Executed this 28th day of June, 2005, Wilmington, Delaware.

_____

SWORN TO AND SUBSCRIBED before me this 28th day of June, 2005.

_Rachel P. Mosuly_

RACHEL P. MOSULY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires: 12/16/2007