# EXHIBIT A

**Supplemental Chart of Losses**

**Kenneth**
**James**

Uncounted Sales

| Date | Shares | Price | Share Value |
|---|---|---|---|
| 9/30/2002 | 5,950 | 0.23 | 1368.5 |
| 8/30/2002 | 2,000 | 0.22 | 440 |
| 9/30/2002 | 3,120 | 0.21 | 655.2 |
| 10/15/2003 | 2,000 | 2.02 | 4040 |
| 10/15/2003 | 1,100 | 2.03 | 2233 |
| 10/15/2003 | 900 | 2.03 | 1827 |
| 10/15/2003 | 1,000 | 2.03 | 2030 |
| 10/15/2003 | 3,000 | 2.03 | 6090 |
| 11/4/2003 | 15,100 | 2.09 | 31559 |
| 11/4/2003 | 100 | 2.098 | 209.8 |
| 11/4/2003 | 100 | 2.099 | 209.9 |
| 11/4/2003 | 200 | 2.1 | 420 |
| 11/4/2003 | 29 | 2.09 | 60.61 |
| 11/4/2003 | 200 | 2.1 | 420 |
| 11/4/2003 | 100 | 2.108 | 210.8 |
| 11/4/2003 | 100 | 2.1 | 210 |
| 11/4/2003 | 380 | 2.1 | 798 |
| 11/4/2003 | 2,000 | 2.1 | 4200 |
| 11/4/2003 | 4,921 | 2.1 | 10334.1 |
| 11/4/2003 | 3,500 | 2.102 | 7357 |
| 11/4/2003 | 1,970 | 2.105 | 4146.85 |
| 11/4/2003 | 2,030 | 2.105 | 4273.15 |
| 11/4/2003 | 100 | 2.11 | 211 |
| 11/4/2003 | 5,000 | 2.1 | 10500 |
| 11/4/2003 | 1,745 | 2.1 | 3664.5 |

| | |
|---|---|
| sum stock purchased | 56,645 |
| sum value purchased | 97,468 |
| base purchase | 7,930 |
| sum gain | 89,538 |
| Group Loss After Gain | 337,468.26 |

**Ed Paige**

Uncounted Sales (sales partially accounted for in bold)

| Date | Shares | Price | Share Value | Recognized |
|---|---|---|---|---|
| **11/27/2002** | **50,000** | **0.81** | **40500** | **$6885 (8500 shares)** |
| 2/14/2003 | 2,500 | 0.42 | 1050 | |
| 2/14/2003 | 1,000 | 0.42 | 420 | |
| 2/14/2003 | 400 | 0.42 | 168 | |
| 2/14/2003 | 300 | 0.42 | 126 | |
| 2/14/2003 | 100 | 0.42 | 42 | |
| 3/7/2003 | 29,341 | 0.38 | 11149.58 | |
| 3/7/2003 | 3,259 | 0.38 | 1238.42 | |
| 3/7/2003 | 2,500 | 0.4 | 1000 | |
| 3/7/2003 | 1,000 | 0.38 | 380 | |
| 3/7/2003 | 1,000 | 0.38 | 380 | |
| 3/7/2003 | 600 | 0.38 | 228 | |
| 3/19/2003 | 25,200 | 0.41 | 10332 | |
| 3/19/2003 | 2,800 | 0.41 | 1148 | |
| **12/10/2004** | **25,000** | **1.39** | **34750** | **$8052.27 (5793 shares)** |
| 12/10/2004 | 5,500 | 1.4 | 7700 | |
| 12/13/2004 | 58,524 | 1.41 | 82518.84 | |
| 12/13/2004 | 58,524 | 1.41 | 82518.84 | |

| | |
|---|---|
| sum stock purchased | 253,255 |
| sum value purchased | 260,707 |
| base purchase | 50,651 |
| | |
| sum gain | 210,056 |
| | |
| | |
| Loss After Gain | 27,271.59 |
| Group Loss After Gain | 753,450.59 |