IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., AND THOMAS D. DAVIS,

Defendants.

C.A. No. 05-256-SLR

[additional captions on the following pages]

**CERTIFICATE OF SERVICE**

ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated,

Plaintiff,

-against-

XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAIVS

Defendants.

C.A. No. 05-222-SLR

MOSHE TAL, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,

Defendants.

C.A. No. 05-242-SLR

JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,

Defendants.

C.A. No. 05-268-SLR

JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated,

Plaintiff,

-against-

XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN and GRANT THORNTON, LLP,

Defendants.

C.A. No. 05-310-SLR

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br><br>Defendants. | C.A. No. 05-334-SLR |

| | |
|---|---|
| CHARLES W. SMITH, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br><br>Defendants. | C.A. No. 05-354-SLR |

I, Robert R. Davis, do hereby certify that on June 28, 2005, true and accurate copies of the foregoing The Alsabbagh Family's (f/k/a The Fehrenbacher Shareholder Group) Answering Brief in Opposition to the James Group's, Xybernaut Investors Group's, and Al Mesnad Group's Motions for Consolidation of All Related Actions, Appointment of Lead Plaintiffs, and Approval of Proposed Lead Plaintiffs' Selection of Counsel, Compendium of Unreported Opinions, and the Second Affidavit of Robert R. Davis were served on the following counsel of as follows on June 28, 2005:

**BY HAND DELIVERY**

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Seth Rigrodsky
Ralph N. Sianni
919 N. Market Street, Suite 411
Wilmington, DE 19801

**PRICKETT, JONES & ELLIOTT**
James L. Holzman
J. Clayton Athey
1310 King Street
Wilmington, Delaware 19801

**SMITH, KATZENSTEIN, & FURLOW**
Laurence V. Cronin
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

**MORRIS JAMES HITCHENS & WILLIAMS**
Michael A. Weidinger
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**DRINKER BIDDLE & REATH, LLP**
William T. Quillen
David Phillip Primack
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

**ROSENTHAL MONHAIT GROSS & GODDESS, P.A.**
Jessica Zeldin
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899.

**SAUL EWING LLP**
Michael F. Bonkowski
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**BY U.S. POSTAL SERVICE PRIORITY MAIL**

**McGUIRE WOODS LLP**
Robert Plotkiner
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036

**DIMURA GINSBERG P.C.**
John M. Tran
908 King Street, Suite 200
Alexandria, VA 22314

**DRINKER BIDDLE & REATH, LLP**
Edward M. Posner
Susan M. Kennedy
One Logan Square
18th and Cherry Streets
Philadelphia, PA

**MAYER BROWN ROWE & MAW LLP**
Andrew J. Morris
1909 K Street, N.W.
Washington, D.C. 20006

**LANDSKRONER, GRIECO, MADDEN, LTD.**
Jack Landskroner
Paul Greico
1360 West 9th Streetm Suite 200
Cleveland, OH 44113

**GLANCY, BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Dale MacDiarmid
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**REES, BROOME & DIAZ, P.C.**
Robert E. Scully, Jr.
8133 Leesburg Pike, 9th Floor
Tysons Corner, VA 22182

**LECLAIR RYAN, P.C.**
William E. Donnelly
1701 Pennsylvania Avenue
Suite 1045
Washington, D.C. 20006

**COHEN MILSTEIN HAUSFELD & TOLL PLLC**
Steven Jeffrey Toll
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue
Suite 500
Washington, DC 20005

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY 10016

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300

**HOLMAN LAW OFFICE**
Thomas A. Holman
One Pennsylvania Plaza, Suite 4632
New York, NY 10017

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
James E. Miller
Patrik Klingman
Karen M. Lesser
65 Main Street
Chester, Connecticut 06412

**STRAUSS & BOIES LLP**
Timothy D. Battin
Christopher H. Skinner
Nathan Cihlar
10513 Braddock Road
Fairfax, VA 22032

**WEISS & LURIE**
Joseph H. Weiss
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025

**SCHATZ & NOBEL**
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street
Hartford, Connecticut 06103

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
6 East 45th Street
New York, NY 10017

**FEDERMAN & SHERWOOD**
William B. Federman
Wm. Pat Wasson
120 No. Robinson, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560

**SPECTOR, ROSEMAN & KODROFF, PC**
Robert M. Roseman
Andrew D. Abramowitz
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Dated: June 28, 2005

**CHIMICLES & TIKELLIS LLP**

______________________________
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Robert Davis (#4536)
P.O. Box 1035
One Rodney Square
Wilmington, Delaware 19899
Tel: (302) 656-2500
Proposed Lead Delaware Counsel

OF COUNSEL:

Sarraf Gentile LLP
111 John Street, 8th Floor
New York, NY 10038
Ronen Sarraf (of the New York bar)
Joseph Gentile (of the New York bar)
111 John Street, 8th Floor
New York, NY 10038

Proposed Lead Counsel

Bruce Murphy, Esq.
265 Llwyds Ln.
Vero Beach, Florida 32963
(772) 231-4202