IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSHE TAL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-242-SLR ) |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 17th day of August, 2005, defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 30);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

_____
United States District Judge